# In the United States Court of Federal Claims

No. 01-718 L

(E Filed: January 4, 2006)

| | |
|---|---|
| RON AND BETTY BLENDU, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On October 4, 2005 the court ordered that the stay of this case "[shall] continue until November 28, 2005, on which date the parties shall file a joint status report proposing further proceedings or a continuation of the stay." 8/4/05 Order. The parties filed their status report and this court, by order dated December 2, 2005, ordered further proceedings in the case as contemplated in the parties' status report.

For the foregoing reasons, the STAY in this case is LIFTED, effective as of November 28, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge