IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RON AND BETTY BLENDU, *et al.*, | ) | |
| Plaintiffs, | ) | No. 01-718 L |
| v. | ) | |
| | ) | Judge Emily C. Hewitt |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of December 2, 2005, the parties hereby file this Joint Status Report proposing further proceedings.

In accordance with the Court's Order of December 2, 2005, the parties have been engaged in factual discovery limited to title and liability issues. The parties have made their initial disclosures in accordance with RCFC 26(a)(1). In addition, on December 30, 2005, Defendants served Plaintiffs with its First Set of Interrogatories and Requests for Production. Plaintiffs have requested additional time to respond to these discovery requests and Defendant has agreed to this request. Plaintiffs have not yet responded to Defendant's discovery requests and now seek an extension of time until June 5, 2006 to so respond. Defendant does not oppose this request.

Under the Court's Order of December 2, 2005, discovery on title and liability-related issues closed on April 28, 2006. To accommodate Plaintiffs' request for a further extension of time in which to respond to Defendant's pending discovery requests, the parties jointly seek an extension or re-opening of this discovery period, and request that the Court set a new deadline for the close of title and liability-related discovery of August 4, 2006. This 3-month extension will also allow Defendant time to review Plaintiffs' discovery responses and determine whether any

follow-up discovery is required.

Because further discovery is required, the parties are not at this time proposing a briefing schedule on any title or liability issues. The parties propose to file a further joint status report on August 4, 2006, to propose further proceedings, including a proposed briefing schedule on any title or liability issues that the parties intend to present to the court for resolution by motion.

WHEREFORE, the parties jointly request that the Court enter a revised scheduling order that (1) re-opens the discovery period on title and liability related issues; (2) sets a new deadline for Plaintiffs to respond to Defendant's discovery requests of June 5, 2006; (3) sets a new deadline for the close of title and liability related discovery of August 4, 2006; and, (4) orders the parties to file a joint status report proposing further proceedings on or before August 4, 2006.

Dated: May 5, 2006

Respectfully submitted,

s/ Lary C. Walker
LARY C. WALKER
WALKER LAW OFFICE
232 East Main
Post Office Box 828
Weiser, ID 83672
TEL: (208) 414-0390
FAX: (208) 414-0404
E-MAIL: walker_law@justice.com

Attorney for Plaintiffs

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Attorney for Defendant