# In the United States Court of Federal Claims

No. 01-718 L

(E Filed: May 11, 2006)

| | |
|---|---|
| RON AND BETTY BLENDU, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Status Report (JSR) filed electronically on May 5, 2006. The parties request the court for an "extension or re-opening of th[e] discovery period" to accommodate plaintiff's request for additional time to respond to defendant's outstanding discovery requests, and "request that the [c]ourt set a new deadline for the close of title and liability-related discovery of August 4, 2006." JSR at 1. For the reasons stated in the JSR, the parties' request is hereby GRANTED. Further to the JSR, the court ORDERS the following:

1. Discovery shall be RE-OPENED with respect to title and liability-related issues.

2. On or before June 5, 2006 plaintiff shall respond to defendant's outstanding discovery requests.

3. Discovery shall be CLOSED with respect to title and liability-related issues no later than August 4, 2006.

4. On or before August 4, 2006 the parties shall file a JSR proposing further proceedings in this case, including a proposed briefing schedule on any title or liability issues that the parties intend to present to the court for resolution by motion.

The Clerk of the Court has indicated to chambers that Lary C. Walker, Esq., plaintiff's attorney of record, does not yet have a Case Management/Electronic Case Files (CM/ECF) account. In the court's January 4, 2006 Order, the court stated:

> For Mr. Walker's convenience, the court has attached to this Order a copy of a letter sent to Mr. Walker on December 5, 2005 by the court's CM/ECF Administrator, instructing him as to the CM/ECF registration process. Mr. Walker is encouraged to register for a CM/ECF account as soon as possible, as all future filings in this case shall be in electronic form pursuant to General Order No. 42A.

Further to this instruction, if he has not done so already, Mr. Walker is hereby ORDERED to register for a CM/ECF account. A copy of this Order will be faxed to Mr. Walker for his convenience. The parties are invited to contact the court at any time when it appears that the involvement of the court may assist in securing "the just, speedy, and inexpensive determination of [this] action." RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge