IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RON AND BETTY BLENDU, *et al.*,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 01-718 L<br><br>Judge Emily C. Hewitt |

**JOINT MOTION TO EXTEND TITLE AND LIABILITY RELATED DISCOVERY**

Pursuant to the Court's Order of May 11, 2006, discovery with respect to title and liability-related issues was re-opened. Under the same Order, this discovery period is set to close on August 4, 2006. The parties hereby jointly request a 6-week extension of this discovery period, to and including September 15, 2006.

In support of this joint motion, the parties state that they are making good progress toward the completion of title and liability-relation discovery. On June 12, 2006, Plaintiffs served Defendant with its first set of responses to Defendant's First Set of Interrogatories and Requests for Production. These responses provided requested information for most of the named plaintiffs. Plaintiffs are continuing to gather the requested information for the remaining named plaintiffs, and expect to be able to complete this work and serve Defendant with the requested information within the next month. The parties also intend to work cooperatively to address any follow-up discovery required by either side. Once this discovery is completed, the parties will be prepared to propose a schedule for further proceedings in this matter.

Accordingly, the parties jointly request a 6-week extension of time to complete their title and liability-related discovery, to and including September 15, 2006.

Dated: July 26, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ Lary C. Walker
LARY C. WALKER
WALKER LAW OFFICE
232 East Main
Post Office Box 828
Weiser, ID 83672
TEL: (208) 414-0390
FAX: (208) 414-0404
E-MAIL: walker_law@justice.com

Attorney for Plaintiffs

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Attorney for Defendant