IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RON AND BETTY BLENDU, *et al.*,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 01-718 L<br>Judge Emily C. Hewitt |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of May 11, 2006, the parties hereby file this Joint Status Report.

The Court's Order of May 11, 2006, re-opened discovery with respect to title and liability-related issues, and set a new deadline for the completion of this discovery of August 4, 2006. The parties are making good progress toward the completion of discovery, but have jointly requested, by a separate motion filed today, a 6-week extension of that discovery period, to and including September 15, 2006 (Doc. 23).

The Court's Order of May 11 also requires the parties to file a joint status report proposing further proceedings in this case, including a proposed briefing schedule on any title or liability related issues that the parties intend to present to the court for resolution by motion. Because the parties have requested an additional 6 weeks to complete their title and liability-related discovery, the parties respectfully request that their proposal for further proceedings, including a briefing schedule, also be deferred until September 15, 2006.

WHEREFORE, the parties jointly request that the Court enter a scheduling order that instructs the parties to file a joint status report proposing further proceedings on or before September 15, 2006.

Dated: July 26, 2006

Respectfully submitted,

s/ Lary C. Walker
LARY C. WALKER
WALKER LAW OFFICE
232 East Main
Post Office Box 828
Weiser, ID 83672
TEL: (208) 414-0390
FAX: (208) 414-0404
E-MAIL: walker_law@justice.com

Attorney for Plaintiffs

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Attorney for Defendant