# In the United States Court of Federal Claims

No. 01-718 L

(E Filed: July 27, 2006)

RON AND BETTY BLENDU, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Motion to Extend Title and Liability Related Discovery (Motion) and the parties' Joint Status Report (JSR). For the reasons stated therein, the court hereby GRANTS the parties' Motion. Discovery shall be CLOSED with respect to title and liability-related issues no later than Friday, September 15, 2006. In accordance with the parties' request in their JSR, on or before Friday, September 15, 2006, the parties shall file a JSR proposing further proceedings in this case, including a proposed briefing schedule on any title or liability issues that the parties intend to present to the court for resolution by motion.

The parties are invited to contact the court at any time when it appears that the involvement of the court may assist in securing "the just, speedy, and inexpensive determination of [this] action." RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge