IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RON AND BETTY BLENDU, *et al.*, Plaintiffs, | No. 01-718 L |
| v. | Judge Emily C. Hewitt |
| UNITED STATES OF AMERICA, Defendant. | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Pursuant to the Court's Order of July 27, 2006 (Doc. 25), the parties are due to file a Joint Status Report to propose a schedule for further proceedings following the completion of title and liability-related discovery.

The parties have met by telephone regarding the completion of discovery and regarding the need to propose a schedule to the Court, and Defendant has proposed a schedule for further proceedings to Plaintiffs. However, Plaintiffs' counsel of record is out of the office and will not be available until early next week to confer regarding the submission of a joint proposed schedule to the Court. Accordingly, the parties jointly request a 3-day extension of time, to and including September 20, 2006, in which to file their a joint status report proposing further proceedings in accordance with the Court's Order of July 27, 2006.

//

//

//

//

Dated: September 14, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Attorney for Defendant