# In the United States Court of Federal Claims

No. 01-718 L

(E Filed: November 7, 2006)

| | |
|---|---|
| RON AND BETTY BLENDU, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the Joint Status Report (JSR) filed on September 20, 2006. Pursuant to Rule of the United States Court of Federal Claims 16(b) and Appendix A, the court held a telephonic status conference with the parties on November 7, 2006. Upon review of the JSR and further to the conference, the court orders that the parties file a joint dispositive motion based on existing briefing on the issues that arise under the Railroad Act of 1875, 43 U.S.C. § 934, on or before December 1, 2006. See JSR 2. The court orders that defendant shall have up to and including December 21, 2006, to file a dispositive motion and briefing on all remaining title issues if such issues have not then been resolved by a joint stipulation filed with the court. See JSR 1. Plaintiff will have up to and including 28 days after defendant's filing to submit a response. Defendant will have up to and including 14 days after plaintiff's response to submit a reply.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge