IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RON AND BETTY BLENDU, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 01-718 L<br><br>Judge Emily C. Hewitt |

**STIPULATION OF DISMISSAL**

Pursuant to RCFC 41(a)(1), the parties hereby stipulate to the dismissal of the claims of the following Plaintiffs from this action:

Tom and Lorraine Carr

Henry and Ann Green

Ernest J. Houghton

Lillie M. Nelson

William E. Shanahan

Carl Sheppard

Mildred E. Snell

Richard C. and Joan Smith

Robert J. Sevy

This dismissal is without prejudice. However, if the parties subject to this dismissal attempt to refile their claims as part of another pending action or a newly filed action, Defendant will assert that such claims are barred by the applicable six-year statute of limitations, 28 U.S.C. § 2501.

Dated: November 30, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ Lary C. Walker
LARY C. WALKER
WALKER LAW OFFICE
232 East Main
Post Office Box 828
Weiser, ID 83672
TEL: (208) 414-0390
FAX: (208) 414-0404
E-MAIL: walker_law@justice.com

Attorney for Plaintiffs

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Attorney for Defendant