IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RON AND BETTY BLENDU, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 01-718 L<br><br>Judge Emily C. Hewitt |

**JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE QUESTION OF LIABILITY WITH RESPECT TO THE 1875 ACT LANDS**

Pursuant to the Court's Order of November 7, 2006 (Doc. 28), and the agreement of the parties at a telephonic status conference held with the Court on that same date, the parties hereby jointly cross-move for summary judgment on the question of liability with respect to those claims involving segments of the railroad right-of-way that consist of easements created under the General Railroad Right-of-Way Act of March 3, 1875, ch. 152, 18 Stat. 482 (codified as 43 U.S.C. §§ 934-939 (1982)) (the "1875 Act"). This joint motion is based on the cross-motions for summary judgment previously filed on the same questions of law in Hash v. United States, No. CV99-324S-MHW (D. Idaho).

The parties stipulate that the claims of (1) plaintiffs Robert and Cynthia Jepsen and (2) plaintiff Evelyn Snider involve segments of the railroad right-of-way at issue in this case that were originally created under the 1875 Act. This factual stipulation is expressly based on information available and known to the parties at this time, and is subject to modification or revocation by either party should additional factual information come to light that affects the accuracy of this stipulation.

The Hash cross-motions for summary judgment and related submissions that are now filed for this Court's consideration as attachments to this joint motion are as follows:

| Exhibit No. | Name of Hash Filing | Hash PACER Doc. No. |
|---|---|---|
| 1 | Defendant's Motion for Summary Judgment as to the Category 1 Lands and Supporting Memorandum | Doc. 155 |
| 2 | Defendant's Proposed Findings of Uncontroverted Fact in Support of Its Motion for Summary Judgment as to the Category 1 Lands | Doc. 155 |
| 3 | Defendant's Summary Judgment Appendix | Doc. 155 |
| 4 | Brief of Amicus Curiae Rails-to-Trails Conservancy in Support of Defendant's Motion for Summary Judgment | Doc. 157 |
| 5 | Plaintiffs' Cross-Motion for Summary Judgment as to the Category 1 Lands and Supporting Memorandum | Doc. 164 |
| 6 | Plaintiffs' Proposed Findings of Uncontroverted Fact in Support of Their Cross-Motion for Summary Judgment as to the Category 1 Lands | Doc. 164 |
| 7 | Plaintiffs' Summary Judgment Appendix, Part 1 | Doc. 164 |
| 8 | Plaintiffs' Summary Judgment Appendix, Part 2 | Doc. 164 |
| 9 | Plaintiffs' Summary Judgment Appendix, Part 3 | Doc. 164 |
| 10 | Plaintiffs' Summary Judgment Appendix, Part 4 | Doc. 164 |
| 11 | Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment as to the Category 1 Lands | Doc. 165 |
| 12 | Plaintiffs' Response to Defendant's Proposed Findings of Uncontroverted Fact | Doc. 165 |
| 13 | Defendant's Reply Brief in Support of Its Motion for Summary Judgment as to the Category 1 Lands | Doc. 166 |
| 14 | Defendant's Response to Plaintiffs' Proposed Findings of Uncontroverted Fact | Doc. 166 |
| 15 | Plaintiffs' Reply Brief in Support of Their Cross-Motion for Summary Judgment as to the Category 1 Lands | Doc. 170 |

Dated: December 1, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ Lary C. Walker
LARY C. WALKER
WALKER LAW OFFICE
232 East Main
Post Office Box 828
Weiser, ID 83672
TEL: (208) 414-0390
FAX: (208) 414-0404
E-MAIL: walker_law@justice.com

Attorney for Plaintiffs

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583/FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Attorney for Defendant

OF COUNSEL:
ELLEN D. HANSON, General Counsel
EVELYN KITAY, Attorney
Surface Transportation Board
1925 K Street, N.W., Suite 600
Washington, D.C. 20423-0001