# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: December 6, 2006)

RON AND BETTY BLENDU, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the Stipulation of Dismissal (Stipulation), filed on November 30, 2006, stipulating to the dismissal of the claims of plaintiffs Tom Carr, Lorraine Carr, Henry Green, Ann Green, Ernest J. Houghton, Lillie M. Nelson, William E. Shanahan, Carl Sheppard, Mildred E. Snell, Richard C. Smith, Joan Smith, and Robert J. Sevy. Stipulation 1. In accordance with the Stipulation, and pursuant to Rule of the United States Court of Federal Claims (RCFC) 54(b), and because the court determines that there is no just reason for delay, the court directs the Clerk to enter final judgment for the United States as to these plaintiffs. No costs.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge