# In the United States Court of Federal Claims

**No. 01-718 L**

**RON AND BETTY BLENDU, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the parties' November 30, 2006 Stipulation and the court's Order, filed December 6, 2006, stating that there is no just reason for delay as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the claims of plaintiffs Tom Carr, Lorraine Carr, Henry Green, Ann Green, Ernest J. Houghton, Lillie M. Nelson, William E. Shanahan, Carl Sheppard, Mildred E. Snell, Richard C. Smith, Joan Smith, and Robert J. Sevy are dismissed, without prejudice. No costs.

Brian Bishop
Clerk of Court

**December 6, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.