IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RON AND BETTY BLENDU, *et al.*,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 01-718 L<br>Judge Emily C. Hewitt |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE STIPULATIONS AND/OR DISPOSITIVE MOTIONS ON TITLE ISSUES**

Pursuant to the Court's Order of November 7, 2006 (Doc. 28), the parties are due to file a set of title stipulations covering all remaining title issues by December 21, 2006. Alternatively, if the parties are not able to reach a set of title stipulations, Defendant is due to file a dispositive motion on these issues by the same date.

The parties report that they have met by phone on a number of occasions regarding title issues. In addition, Defendant has submitted a proposed set of title stipulations to Plaintiffs, which Plaintiffs are in the process of reviewing. Although the parties have not yet reached agreement as to the proposed title stipulations, both parties believe that it is in their best interests to continue their discussions regarding title issues in an effort to reach a set of stipulations. Accordingly, the parties jointly request a 30-day extension of time, to and including January 22, 2007, in which to finalize and file a set of stipulations on title matters. To further facilitate these efforts, the parties also request that the deadline for Defendant to file a dispositive motion on title issues, if needed, be set for February 5, 2007, which is two weeks after the deadline for filing stipulations.

Dated: December 21, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ Lary C. Walker
LARY C. WALKER
WALKER LAW OFFICE
232 East Main
Post Office Box 828
Weiser, ID 83672
TEL: (208) 414-0390
FAX: (208) 414-0404
E-MAIL: walker_law@justice.com

Attorney for Plaintiffs

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Attorney for Defendant