# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: December 21, 2006)

RON AND BETTY BLENDU, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is a Joint Motion for Extension of Time to File Stipulations and/or Dispositive Motions on Title Issues (Motion), filed on December 21, 2006. For the reasons stated therein, the Motion is GRANTED. The court orders that the parties have up to and including January 22, 2007, to file a set of title stipulations covering all issues not arising under the Railroad Act of 1875, 43 U.S.C. § 934. Alternatively, if the parties are not able to reach a set of title stipulations, defendant shall have up to and including February 5, 2007, to file a dispositive motion and briefing on these issues. Plaintiff will have up to and including 28 days after defendant's filing to submit a response. Defendant will have up to and including 14 days after plaintiff's response to submit a reply.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge