Warranty Deed.

This Indenture, Made this Second day of May A.D. 1900 - Between William H. Male (a widower) of the County of Kings, in the State of New York, of the first part, and The Pacific and Idaho Northern Railway Company, a corporation organized under the laws of the State of Idaho of the Second Part.

Witnesseth: That the Party of the First Part, in consideration of the sum of Ninety Dollars to him in hand paid, the receipt whereof is hereby acknowledged, does by these presents, grant, bargain, sell and convey to the said Party of the Second Part, its successors and assigns forever, all the following described land, situate in the County of Washington, in the State of Idaho described as follows to-wit:

A strip of land One Hundred feet wide through, over and across a portion of the South East Quarter of the South West Quarter of Section number Nineteen, and the North East Quarter of the North West Quarter of Section number Thirty, all in Township Number Thirteen North of Range number Three West of Boise Meridian, said strip being fifty feet on each side of the center line of the Pacific and Idaho Northern Railway as the same is located and staked upon the ground across said premises which said center line is described as follows: Beginning at a point designated as station 1556+90 of the Pacific and Idaho Northern Railway survey stations, whence the north west corner of section Thirty, Township Thirteen North of Range Three West B. M, bears North 63° 29' West a distance of 1327 feet, Thence north 5° 21' East a distance of 248.5 feet; Thence Northerly along the line of a curve to the right having a radius of 1910.1 feet a distance of 420.6 feet; Thence North 17° 58' East a distance 1418 feet to a point designated as station 14+18 of said railway stations whence the quarter corner on the west line of section 19, township Thirteen North Range three west bears North 55° 49' West a distance of 2223 feet - Said strip containing 4.79 acres.

To Have and To Hold the same together with all and singular, the Tenements, hereditaments and appurtenances, thereunto belonging, or in anywise appertaining unto the said party of the second part, its successors and assigns forever.

And the said party of the first part, for himself and his heirs, executors and administrators, does hereby covenant, promise and agree to, and with the said Party of the Second Part, and its successors and assigns, that he will warrant and defend the above granted and described premises, with the appurtenances thereunto belonging, to the said Party of the Second Part, against

Blendu v. US, No. 01-718L (Fed. Cl.)
Stipulations Regarding Title Matters
Exhibit 6

claims of all persons whomsoever claiming, or to claim, by, through or under him only.

In Witness Whereof, the said party of the first part has hereunto set his hand and seal the day and year first above written.

Signed, Sealed and Delivered
In the presence of
W. D. Swain

William H. Male. [L.S.]

( 50 cts Int. Revenue = Cancelled )

State of New York
County of New York } ss

Be it Remembered, That on this Second day of May, in the year of our Lord, One Thousand, Nine Hundred, before me Wilbert D. Swain, a Notary Public in and for said County and State personally appeared William H. Male personally known to me to be the identical person described in, and whose name is subscribed to, the foregoing Deed as Grantor, and he duly acknowledged to me that he executed the same.

In Witness Whereof, I have hereunto set my hand and official seal the day and year last above written.

{ Notarial Seal }

W. D. Swain,
Notary Public,
Kings Co. N.Y.

Certificate Filed
In New York County.

Filed for record this 28th day of August at 3 minutes past 3 O'clock P.M., A.D. 1900.

Fees $1.25

S. F. Smith, —
Ex Officio County Recorder.

149

The Indenture madethis Twenty-ninth day of August in the year of our Lord one thousand eight hundred and ninety- nine betwcen Marvin Kilborn and Jane Kilborn. his wife, both of Middle Valley County of Washington State of Idaho, the prties of the irst part, and the Pacific and idaho Northern railway Company, a corporation organized and existing under and by virtue of the laws of the State of idaho and having its office and principal place of business at Weiser In said County and state , party of th esecond part,

WITNESSETH; that the said parties of the first part for and in consideration of the sum of two hundred a nd fifty, dollars, lawful money of the United S ates of America, to them in hand paid by the said party of the second part the receipt whereof is hereby acknowledged, have granted, bargained and sold, and by thes e presents does grant, bargain, sell, convey and comfirm unto the said party of the seconf part and to its successors and assigns forever, all the following described real estate situated in Washington,County State of idaho to wit:

A strip of land one hundred feet wide though, over nd across the South half of the south east quarter of Section 18, Tp. 13 North of Range three west of the Boise Meridian, being fifty feet on each side of the center line of the Pacific and Idaho Northern Railway as the same is l cated and staked upon the ground across said premis es in said County, which said line is des cribed as follows, to wit:

Beginning at a p oint designated as station, 56 X 68.3 of he Middle Valley Survey Stations, of the Pacific and idaho Nortern Railway , whence the south west corner of the south east quarter of section 18 Tp. 13 North Range 3 west of the Boise Meridian bears west a distane of 705.4 feet; and running thence north 15 degs, 47 Mon, East along he line of said railway a distance of 1397 fee t to apoint designated as station 70 X 65.3 of said Rail way survey stations whence the north west corner of the south west quarter of the south east quarter of said section 18 Tp. 13 North of Range 3 West bears west a distance of 1146 feet .
Said strip contains an area of three and twenty hundredths a cres more or less.

Together with all and singular, the tenements, hereitaments, and appurtenances thereunto belonging, or in any wise apperatinign, and the reversion and reversions, remainder and remainders, rents, issue s and profits thereof, and all estate, right, title and interest in and to the said property, as well in law as in equity,ofthe said parties of the first part;

TO HAVE AND TO HOLD; All and singular, the above mentioned and described premises, together with the appurtenances, unto the said party of the second part,and to its successors, and assigns fore ver, And he said parties of the first part, and their heirs the said premises, in the quiet nd peaceable possession of the said part ea of the second part against the said parties of the first part, and against all and every person and persons whomsoever lawfully claiming or to claim the same shall and will warrant and by these presents forever defend.
In witness whereof the said parties of the first part have hereunto set their hands and seals the day and year first above written.

signed, sealed and delivered in he presents of ] Marvin K ilborn (Seal.)
Jane Kilborn (Seal)

State of Idaho ]
]ss
County of Washington ]

On th e 29th day of August 1899 before me B.S.varian, a Notary Public in and for said County, personally apeared Marvin Kilborn known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same , and on this 29th day of August 1899, before me the officer above descr bed personally appeared jane Kilborn known to me to be the person w ose name is subscri bed to the within instrument; described as a married woman and upon an exanination without the hearing of her husband I made her acquainted with the content s of the Instrument and ther upon she acknowledged to me that she executed the sa me. and that she does not wish to retract such execution.
In witness whereof I have hereunto set m y hand and affixed my official seal the day and year in this certificate first above written.

(SEAL) B.S.Varian
Notary Publ ic,

I.R. 50 cts cancelled.
Filed at the request of B.S.varian this 2nd day of September 1899 at 3 P.M.
I.F.Smith
Exofficio Recordr

Fees $ 1.45

Blendu v. US, No. 01-718L (Fed. Cl.)
Stipulations Regarding Title Matters
Exhibit 7

This Indenture made this 29th day of August in the year of our Lord one thousand eight hundred and ninety-nine betwe en Norman Girling unmarried of Middle Valley Count of Washington State of Idaho the party of the first part, and the Pacific and Idaho Northern Railway Company, a corporation orgaAized and existing under the laws of the State of Idaho and having its principal Office and place of Business at Weiser in said County and State the party of the second part.

Witnesseth that the said party of the first part, for and in consideration of the sum of Three Hundred and Seventy-five dollars, lawful money of the United States of America, to him in hand paid by the said pardty of the second part, the receipt whereof i s hereby acknowledged, has granted, bargained and sold, and by hese presents does grant bargain, sell, convet and comfirm unto the said party of the second part, and to its successors and assigns forever, all the following described real estate situated in washington County, State of Idaho, to wit:

A strip of land one hundred feet wide over, though, and across the west half of the North east quarter mand the East half of the North west quarter of section Ninet een Township Trirteen north of Ran ge 3 West B .M. being fifty feet on each side of the center line the Pacific and Idaho Northern Railway as the same is located and stake on the ground in said County and across said premises, which said center line is described asfollows:

Beginning at a point designated as station 28X32 of the Middle Valley Survey stations of the Pacific and Idaho Northern Railway Survey Stations whence the south west corner of the north west quarter of Sec. 19 Tp.13 North, Range 3 West of B.M. bears west a distance of 2276 feet; thence north 15 Deg. 47 Min. East along the line of said railway a distance of 2836.3 feet to a point designated as station 56X68.3 of said Railwat Survey Stattons, whence the north west corner of the north east quar er of section 19 Tp. Thirteen North range 3 West bears west a distance of 708.4 feet containing an area of six and fifty two hundredths acres ore or less.

Together with all and sing ular the tenements, hereditaments and appurtenances thereunto belonging, or in any wise appertaining, and the recersion and reversions, remainder and remainders, rents, issues and profits thereof. and all estate, right, title. and interest in and to the said propert y, as well in law as in equity, of the said party of the first part,

TO HAVE AND TO HOLD, All and singular, th e above mentioned and described premises, together with the appurtenances, unto the said party of the second part, and to its successors and assigns, forever; as a perpetual right of way for second party's railway line.

And the said party of the first part and his heirs the said premises in the uiet and peaceable possession of the said party of the second part, its successors and assigns forever, against the said party of the first part and against all and every person and persons whomsoever lawfully claiming or to claim the same shall and will warrant and by these presents forever defend.

In witness whereof the said party of the first part hashereunto set their hand and seal the day and year first above written,

Signed, sealed and delivered in the presence of
B.S.Varian | Norman Girling.

State of Idaho, |
| ss
County of Washington |

On this 29th day of August 1899 before me, B.S.Varian , a notary Public in a nd for said Coun y, personally appeared Norman Girling known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

In witness hereof, I have hereunto set my hand and affixed my official seal the day and year first above written.

B.S.Varian
Notary Public.

I.R.50cts cancelled.

Filed at therequest of B.S.Varian this 2nd day of september 189 nat 3 P.M.
I.F.Smith
Ex-officio Recorder.

Fees $ 1.45

74

This Indenture made this Eighteenth day of July in the year of our Lord one thousand eight hun dred and ninety-nine betwween Adeline Day, a widow, of Weiser County of Washington State of Idaho the part y of the first part and the pacific and Idaho Northern Railway Compa ny a corporat ion orgaized and exbsting under and by virtue of the laws of the State of Idaho the party of the second part.

Witnesseth that he said party of the first part for and in consideration of the sum of one hundred dollars lawful money of the United states of America, to her in hand paid by the said party of the first part the receipt whereof is hereby aCknowledged has remised, released, and forever quitclaimed and by these presents do remise release and forever quitclaim unto the said party of the second part and to its heirs and assigns forever, all th following described real estate situated in the County of Washington State of Idaho and particularly descri bed as follows, to-wit:

A strip of land 100 feet wide though a portion of the North east quarter of the south west q uarter of section nineteen township thirteen north of range three west Boise Meridian being fift y f ceet on each side of the cener line of the Pacific and Idaho Northern Railway as the same is now located and staked upon the ground in said County which said center line is described as follows, to-wit:

Commencing at a point designated as Station 14 x 12 of the Bacific and Idaho Northern Railway Survey Stations whence the south west corner of section ninteen township thirteen North range three west Boise Meridian bears south 52deg. 30' West a distance of 2220 feet; thence north 19 deg. 20' E along the line of said Railway a distance of 1420 feet to a point designated as station 28 x 32 of said railway survey Survey Stations whence the North west corner of the south west quarter of sections nineteen township thirteen north range three west Boise meridian bears west a Distance of 2280 feet said strip containing an erae of three and twen ty-six hundreths acres more or less.

Together with all and singular the tenements hereditaments and appurtenances thereunto belonging or in any wise appertaining and the reversion and reversions remainder and remainders rents issues and profits thereof;

To have and to hold all aNd singular the said premises together with the appurtenances as a perpetual right of way for said second party's railway li ne. unto the said party of the second part and to its suc essors and assigns forever.

In witness whereof the said party of the first part has hereunto set her hand abd seal the day aNd year first above written.

Signed sealed and delivered in the presence of: Adeline Day (Seal)
S.W.Dauson

State of Idaho
ss
County of Washington

On this eighteenth day of July 1899, before me B.S.Varian a Notary Publ ic in and for said County personally appeared Adeline Day known to me to be the perso n whose name is subscribed to the within instrument and acknowledged to me that she executed the same.
In witness whereof I have hereunto set my hand and seal the day aNd year first above written.

B.S.Varian
Notary Public.

Filed at the re quest of A B.S.Varian this 19th day of July 1899 at 9 A.M.

I.F.Smith
E.Xoficio Recorder.

Fees $ 1.25

Blendu v. US, No. 01-718L (Fed. Cl.)
Stipulations Regarding Title Matters
Exhibit 9