# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: January 26, 2007)

| | |
|---|---|
| RON AND BETTY BLENDU, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On January 22, 2007, defendant filed Stipulations Regarding Title Matters (Stipulations) on behalf of the parties. Because the document exceeds 50 pages in total length, the parties will file with the court a courtesy copy of the Stipulations pursuant to General Order No. 42A (Interim Procedures for Electronic Case Filing), effective November 4, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge