IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RON AND BETTY BLENDU, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 01-718 L<br><br>Judge Emily C. Hewitt |

**SECOND SET OF STIPULATIONS REGARDING TITLE MATTERS**

The parties hereby stipulate to the following title-related matters for the properties at issue in this litigation. These stipulations are in addition to the title stipulations contained in the parties' Stipulations Regarding Title Matters, which was filed on January 22, 2007 (Doc. 35), and contains stipulation numbers 1 through 37. The additional stipulations set forth below are expressly based on facts and information available and known to the parties at this time, and are subject to modification or revocation by either party should additional factual information come to light that affects the accuracy of these stipulations.

As with the parties' prior title stipulations, these additional stipulations are based in part on the decisions in the related case of Hash v. United States, No. CV-99-324-S-MHW (D. Idaho), which is discussed in more detail in the parties' Stipulations Regarding Title Matters (Doc. 35). As set forth in the parties' Stipulations Regarding Title Matters (Doc. 35), the parties agree that if the Hash court's interpretation of the deeds at issue there and in this case is challenged and reversed on appeal while this case is still pending, then either party may seek to be relieved of the stipulations herein on the ground that there has been an intervening change in applicable Idaho law.

Stipulations Applicable to Plaintiff Twila Harrison

38. On December 28, 1995, Plaintiff Twila Harrison was the owner of certain real property located in Washington County, Idaho. Portions of this property abut or are traversed by the subject right-of-way. Harrison's predecessors-in-title include George W. Hoffstatter.

39. On November 20, 1899, George W. Hoffstatter conveyed a strip of land in Washington County, Idaho to the Pacific and Idaho Northern Railway Company by a quitclaim deed (the "Hoffstatter deed"). The Hoffstatter deed, which is attached hereto as Exhibit 13, was recorded in Washington County, Idaho at Book 10, Page 403.[1]

40. The Hoffstatter deed was included in Hash deed category 6. The deeds in category 6 were held by the district court to convey fee simple title to the Railroad. 2006 Mem. Decision at 14-15 (Ex. 2). Under Idaho law, as interpreted and applied in Hash, the Hoffstatter deed conveyed fee simple title to the strip of land described therein to the Railroad.

//

//

//

//

//

---

[1]Exhibits 1 through 12 are included in the parties' Appendix of Joint Exhibits filed with their Stipulations Regarding Title Matters (Doc. 35).

Dated: February 5, 2007

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Lary C. Walker
LARY C. WALKER
WALKER LAW OFFICE
232 East Main
Post Office Box 828
Weiser, ID 83672
TEL: (208) 414-0390
FAX: (208) 414-0404
E-MAIL: walker_law@justice.com

Attorney for Plaintiffs

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Attorney for Defendant

10/403 #92

This Indenture made this Twentieth day of November in the year of our Lord one thousand eight hundred and ninety-nine, between George W. Hoffstatter, unmarried, of Salubria, County of Washington, State of Idaho the party of the first part, and Pacific and Idaho Northern Railway Company, a corporation organized and existing under and by virtue of the laws of the State of Idaho the party of the second part.

WITNESSETH, that the said party of the first part for and in consideration of the sum of One Dollar lawful money of the United States of America, to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, as remised released and forever quit claimed, and by these presents does release, remise and forever quit claim, unto the said party of the second part and to its successors and assigns forever all the following described real estate, situated in the County of Washington, and State of Idaho and bounded and described as follows, to wit:

A strip of land 100 feet wide, though, over and across the south west quarter of the North West quarter of Section One In township Fourteen North of range 3 West of Boise Meridian, being fifty feet on each side of the centerline of the Pacific and Idaho Northern railway as the same is now surveyed and staked upon the ground though, over and across the premises, which center line is described as follows, towit:-

Beginning at a point designated as station 642 of the Pacific and Idaho Northern Railway Survey Stations whence the North West corner of said section One in Township Fourteen North of range Three West of Boise Meridian, bears North 2151 feet, and running thence North 64 Deg. 38 M. East, a distance of 1440 feet, to a point desiganted as station 656-40 of said railway survey stations whence the south east corner of the south west quarter of the North West quarter of section One in Township Fourteen North of Range Three West of the Boise Meridian bears south a distance of 1008 feet, Said strip cont ining an area of three and thirty hundredths acres more or less.

TOGETHER with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in any wise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof;

TO HAVE AND TO HOLD all and singular the said premises, together with the appurtenances as a perpetual right of way for said second party's Steam Railway line unto party of the second part its successors and assigns forever.

In witness whereof the said party of the first part has hereunto set his hand and seal the day and year first above written.

Signed, sealed and delivered in the presence of
B.S.Varian,

George W. Hoffstatter (Seal)

State of Idaho }
} ss
County of Washington }

On this 10th day of January 1900, before me B.S.Varian a Notary Public, in and for said County personally appeared George W. Hoffstatter known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

In witness whereof I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

(SEAL)

B.S.Varian
Notary Public.

Filed at the request of B.S.Varian this 3rd day of February 1900 at 4 P.M.

I.F.Smith
Ex-Officio Recorder.

Fees $ 1.25



#92