10/403

#92

This Indenture made this Twentieth day of November in the year of our Lord one thousand eight hundred and ninety-nine, between George W. Hoffstatter, unmarried, of Salubria, County of Washington, State of Idaho the party of the first part, and Pacific and Idaho Northern Railway Company, a corporation organized and existing under and by virtue of the laws of the State of Idaho the party of the second part.

WITNESSETH, that the said party of the first part for and in consideration of the sum of One Dollar lawful money of the United States of America, to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, as remised released and forever quit claimed, and by these presents does release, remise and forever quit claim, unto the said party of the second part and to its successors and assigns forever all the following described real estate, situated in the County of Washington, and State of Idaho and bounded and described as follows, to wit:

A strip of land 100 feet wide, though, over and across the south west quarter of the North West quarter of Section One In township Fourteen North of range 3 West of Boise Meridian, being fifty feet on each side of the centerline of the Pacific and Idaho Northern railway as the same is now surveyed and staked upon the ground though, over and across the premises, which center line is described as follows, towit:-

Beginning at a point designated as station 642 of the Pacific and Idaho Northern Railway Survey Stations whence the North West corner of said section One in Township Fourteen North of range Three West of Boise Meridian, bears North 2151 feet, and running thence North 64 Deg. 38 M. East, a distance of 1440 feet, to a point desiganted as station 656-40 of said railway survey stations whence the south east corner of the south west quarter of the North West quarter of section One in Township Fourteen North of Range Three West of the Boise Meridian bears south a distance of 1008 feet, Said strip containing an area of three and thirty hundredths acres more or less.

TOGETHER with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in any wise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof;

TO HAVE AND TO HOLD all and singular the said premises, together with the appurtenances as a perpetual right of way for said second party's Steam Railway line unto party of the second part its successors and assigns forever.

In witness whereof the said party of the first part has hereunto set his hand and seal the day and year first above written.

Signed, sealed and delivered in the presence of
B.S.Varian, George W. Hoffstatter (Seal)

State of Idaho
ss
County of Washington

On this 10th day of January 1900, before me B.S.Varian a Notary Public, in and for said County personally appeared George W. Hoffstatter known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

In witness whereof I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

(SEAL)

B.S.Varian
Notary Public.

Filed at the request of B.S.Varian this 3rd day of February 1900 at 4 P.M.

I.F.Smith
Ex-Officio Recorder.

Fees $ 1.25