# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: February 14, 2007)

RON AND BETTY BLENDU, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court has before it the parties' Stipulations Regarding Title Matters, filed on January 22, 2007; Second Set of Stipulations Regarding Title Matters, filed on February 5, 2007; and Joint Status Report (JSR), filed on February 5, 2007. In accordance with the JSR, the court directs that defendant file a motion for partial summary judgment covering those claims that are the subject of the parties' title-related stipulations on or before March 9, 2007. The parties will contact the court to arrange a Telephonic Status Conference to discuss the unresolved title issue involving adverse possession, as discussed in the JSR.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge