# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: February 22, 2007)

RON AND BETTY BLENDU, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Status Report (JSR), filed on February 5, 2007, and an Order directing the parties to "contact the court to arrange a Telephonic Status Conference [(TSC)] to discuss the unresolved title issue involving adverse possession, as discussed in the JSR." Order, Feb. 14, 2007. Upon consultation with plaintiffs, defendant contacted the court on February 22, 2007, to discuss dates for the TSC.

The court will hold a TSC with the parties to discuss further proceedings on the unresolved titled issues involving adverse possession, as discussed in the JSR, on Monday, February 26, 2007, at 3:00 p.m. Eastern Standard Time. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge