# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: February 26, 2007)

RON AND BETTY BLENDU, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the Telephonic Status Conference (TSC) held on February 26, 2007, a TSC will be held on April 9, 2007, at 2:00 p.m. Eastern Daylight Time to discuss progress made towards settling damages due to plaintiffs on their General Railroad Right-of-Way Act of March 3, 1875 (1875 Act), 43 U.S.C. §§ 934-39 (2004), lands pursuant the court's Opinion on these issues. See Blendu v. United States, No. 01-718 L, slip op. at 9 (Fed. Cl. Feb. 22, 2007). A Sprint operator will initiate the call. Before the TSC, the parties are expected to have identified an appraiser satisfactory to both parties and to have scheduled with the appraiser a date on which the appraiser will report on the appraiser's work. The parties are also requested to describe to the court the schedule on which the adverse possession issue is moving forward in the related case Hash v. United States, No. CV99-324S-MHW (D. Idaho).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge