IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RON AND BETTY BLENDU, *et al.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 01-718 L

Judge Emily C. Hewitt

**JOINT MOTION TO DELAY TELEPHONIC STATUS CONFERENCE SCHEDULED FOR APRIL 9, 2007**

Pursuant to the Court's Order of February 26, 2007 (Doc. 43), the parties are due to participate in a telephonic status conference with the Court on April 9, 2007, "to discuss progress made towards settling damages due to plaintiffs on their [1875 Act] lands pursuant to the court's Opinion on these matters." The parties have initiated discussions regarding the hiring of a joint appraiser to assist in their settlement efforts. However, Plaintiffs' counsel has been unexpectedly away from his office due to personal reasons for much of the past month. In addition, Plaintiffs counsel was out of the office for a previously scheduled vacation during the end of March and early April. Due to these circumstances, the parties require additional time to work on settlement-related matters prior to reporting back to the Court by telephone.

Accordingly, the parties respectfully request that the telephonic status conference presently scheduled for April 9, 2007, be delayed for approximately 30 days. The parties further propose to jointly contact the Court's chambers by telephone during the week of April 9 to reschedule the status conference for early May at a date and time that is convenient for the Court.

This motion has been jointly prepared and is being filed by Defendant, with Plaintiffs' consent, on behalf of both parties.

Dated: April 4, 2007

Respectfully submitted,

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Attorney for Defendant