# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: April 4, 2007)

RON AND BETTY BLENDU, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Motion to Delay Telephonic Status Conference Scheduled for April 9, 2007 (Motion), filed on April 4, 2007. For the reasons stated therein, the Motion is GRANTED. The Telephonic Status Conference (TSC) scheduled for April 9, 2007, to discuss progress made towards settling damages due to plaintiffs on their General Railroad Right-of-Way Act of March 3, 1875 (1875 Act), 43 U.S.C. §§ 934-39 (2004), lands pursuant the court's Opinion on these issues, see Blendu v. United States, No. 01-718 L, slip op. at 9 (Fed. Cl. Feb. 22, 2007), is POSTPONED for approximately 30 days. The court suggests holding the postponed TSC on May 9, 2007, at 2:00 p.m. Eastern Daylight Time. The parties are ordered to contact the court during the week of April 9, 2007, to reschedule the TSC.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge