# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: April 9, 2007)

| | |
|---|---|
| RON AND BETTY BLENDU, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pursuant to an Order of this court issued on April 4, 2007, the parties contacted the court via telephone on April 9, 2007, to reschedule the postponed Telephonic Status Conference (TSC) set to discuss progress made towards settling damages due to plaintiffs on their General Railroad Right-of-Way Act of March 3, 1875 (1875 Act), 43 U.S.C. §§ 934-39 (2004), lands pursuant the court's Opinion on these issues, see Blendu v. United States, No. 01-718 L, slip op. at 9 (Fed. Cl. Feb. 22, 2007). Pursuant to that telephone call, the TSC is now scheduled for May 11, 2007, at 12:00 p.m. Eastern Daylight Time. A Sprint operator will initiate the call.

Plaintiff also made an oral request to postpone the due date for plaintiff's response to Defendant's Motion for Partial Summary Judgment (Defendant's Motion), filed on March 9, 2007. The court deems plaintiff's request a Motion for Enlargement of Time (Plaintiff's Motion). See e.g., Renda Marine, Inc. v. United States, 65 Fed. Cl. 152, 154 (2005) (using the court's discretion to review pleadings and interpret them as a motion for a specific purpose). For good "cause shown," Rules of the Court of Federal Claims 6(b) (2006), Plaintiff's Motion is GRANTED. Plaintiff will have up to and including May 9, 2007, to file a response to Defendant's Motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge