**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RON AND BETTY BLENDU, *et al*., Plaintiffs, | ) | Case No. 01-718 L |
| v. | ) | Judge Emily C. Hewitt |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT MOTION TO MODIFY PLAINTIFFS' REPLY BRIEFING SCHEDULE**

Plaintiffs and Defendant hereby jointly move to modify Plaintiffs' requirement to file a reply brief on May 9, 2007, as follows and for the following reasons:

1. The parties are working on withdrawing, and/or modifying previous stipulations for the purpose of clarifying, resolving, and eliminating some issues and clarifying remaining issues.

2. The parties have for the most part resolved many issues regarding these modified stipulations but need additional time in order to cover all issues.

3. In preparing the modifications presently anticipated, the need for Plaintiffs to file the reply brief due to be filed today, May 9, 2007 may be totally eliminated. If, however, a reply brief is still needed, it will be greatly reduced, as to scope of coverage, and will be filed no later than June 15, 2007.

WHEREFORE, the parties respectfully request that the deadline for Plaintiffs to file their reply to Defendant's motion for partial summary judgment (Doc. 44) be extended to June 15, 2007.

Dated: May 9, 2007.

Respectfully submitted,

WALKER LAW OFFICE

s/ Lary C. Walker___________
Lary C. Walker
WALKER LAW OFFICE
232 East Main Street
P.O. Box 828
Weiser, ID 83672
Telephone: (208) 414-0390
Fax: (208) 414-0404
walker_law@justice.com

Attorney for Plaintiffs

MATHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff_______________
Kristine S. Tardiff
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583
Fax: (603) 225-1577
E-Mail: kristine.tardiff@usdoj.gov

Attorney for Defendant