# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: May 10, 2007)

RON AND BETTY BLENDU, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Motion to Modify Plaintiff's Reply Briefing Schedule (Motion), filed on May 9, 2007. The parties move to extend the due date for plaintiff's reply to Defendant's Motion for Partial Summary Judgment (Defendant's Motion), filed on March 9, 2007, from May 9, 2007, to June 15, 2007. For the reasons stated in the Motion, the Motion is GRANTED. Plaintiff has up to and including June 15, 2007, to reply to Defendant's Motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge