# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: May 11, 2007)

| | |
|---|---|
| RON AND BETTY BLENDU, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the Telephonic Status Conference (TSC) held on May 11, 2007, the court will hold another TSC on June 21, 2007, at noon, Eastern Daylight Time, to discuss progress made towards settling damages due to plaintiffs on their General Railroad Right-of-Way Act of March 3, 1875 (1875 Act), 43 U.S.C. §§ 934-39 (2000), lands pursuant the court's Opinion on these issues, see Blendu v. United States, 75 Fed. Cl. 543, 549 (2007). A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge