IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RON AND BETTY BLENDU, *et al.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 01-718 L

Judge Emily C. Hewitt

**JOINT MOTION TO WITHDRAW STIPULATIONS**

Plaintiffs and Defendant hereby jointly move to withdraw their previously filed stipulations regarding title-related matters and to substitute a new set of title-related stipulations. The stipulations that the parties seek to withdraw are their Stipulations Regarding Title Matters (filed Jan. 22, 2007) (Doc. 35), and their Second Set of Stipulations Regarding Title Matters (filed Feb. 5, 2007) (Doc. 37). The parties' revised set of title-related stipulations is set forth in a single filing, titled "Revised Title Stipulations (Modified May 30, 2007)," which the parties are also filing this date.

As explained in the parties' Joint Status Report and Scheduling Proposal of May 30, 2007 (Doc. 51), the purpose of this withdrawal and substitution is to ensure that the parties' resolution of certain issues by stipulation does not interfere with their respective rights to appeal any adverse decision as to the nature of interests conveyed under certain deeds, as they had intended to preserve all along. They are concerned that as currently framed, their original stipulations may foreclose such option.

Accordingly, the parties respectfully request that the Court grant this motion to withdraw their previously filed stipulations (Doc. 35 and Doc. 37), and order that these stipulations be stricken or otherwise removed from the electronic record in this case, as appropriate.

Dated: May 30, 2007

Respectfully submitted,

s/ Lary C. Walker
LARY C. WALKER
WALKER LAW OFFICE
232 East Main
Post Office Box 828
Weiser, ID 83672
TEL: (208) 414-0390
FAX: (208) 414-0404
E-MAIL: walker_law@justice.com

Attorney for Plaintiffs

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Attorney for Defendant