This Indenture made this 22 ond day of July in the year of our Lord one thousand eight hundred and ninety- nine between Francis M. Potter and Pauline Potter, his wife.both of Middle Valley County of Washington State of Idaho the parties of the firt part and the Pacific and Idaho Northern Railway Company, a corporation organized [illegible] State of Idaho the party of the second part.

Witnesseth: That the said Parties of th e first part, for and in consideration of the sum of six hundred dollars, lawful money of the Unite States of America, to them in hand paid by the said party of the second part the receipt whercof is hereby acln owledged have granted, bargained and sold, and by these presents, does grant, bargain, sell convey and confirm unto the said party of the second part and to its successors and assigns forever, all the following described real estate situated in the County of Washington, State of Idaho, to-wit:

A strip of land one hundred feet wide though the east half of the south west quarter of section five, township thirteen, north range three west, Boise Meridian, being fifty feet on each side of the center line of the Pacific and Idaho Northern Railway, as the same is now located and staked upon the ground, . Said center line being described as follows, to-wit:

Beginning at a point designated as station 177 X 98.2 of the Pacific and Idaho Northern Railway Stattions, whence the south east corner of the south west quarter of section five township thirteen North range thr ee west of the Boise Meridian, bears south 48 Deg. 0 MIN. East a distance of 1720 feet thence 12 deg. 32 Min. East along the line of the said Railway survey a distance of 130 feet; thence along the line of the curve to the right having a radius of 955 feet a distance of 930.6 feet; thence north 68 Deg. 22 Min.East a distance of 710 feet to a po ny designated as station 196 X 16.8 of said Railway survey stations whence the south east corner of the south west quarter of section five township thirte en North range three west Boise Meridian bears south a distance of 2280 feet . Said strip containing an arae of four and eighteen hundreths acres more or less.

Together with all and singular the tenements, hereidtaments andappurtenances thereunto belonging or in any wise appertaining and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate right title and interest in and to the said property as well in law as in equity of the said parties of the first part :

TO HAVE AND TO HOLD; All and singular, the above mentioned and described premises together with the appurtenances, unto the said party of the second part, and to its successors and assigns, forever. And the said parties of the first part, and their heirs, the said premises in the quiet and peaceable possession of the said party of the second part. and their heirs . against said parties of the first part and against all and every person and persons whomsoever, lawfully claiming or to claim the same shall and will warrant and by these presents forever defend.

In witness whereof the said parties of the first part have hereunto set their hands, and seals the day and year first above written.

Signed, sealed and delivered in the presence of
Ida Vreeland

Francis M. Potter (Seal)
Pallina E. Potter (Seal)

State of Idaho
} ss
County of Washington

I.R.$ 1.00 Cancelled.

On this 24th da y of July 1899 before me Enoch Vreeland a Justice of the Peace, in and for said County, personally appeared Francis M. Potter and Pallina E. Potter known to me to be the persons whose names are subscribed to the ithin instrument and acknowledged to me that he executed the same; and on this 24th day of July 1899 before me the officre above described personally appeared Pallina E. Potter known to me to be the person whose name is subscribed to the within instrument described as a married woman and upon an examination without the hearing of her husband I made her acquainted with the contents of the instrument and ther eupon she acknowledged to me that she executed the same and that she does not wish to retract such execution

In witness whereof I have hereunto set my hand and seal the day and year in this Certificate first above written.

Enoch Vreeland

Justice of the Peace.

Filed at the request of B.S.Varian this 28 day of July 1899 at 11 A.m.

I.F.Smith

Ex-officio Recorder.

Blendu v. US, No. 01-718L
Revised Title Stipulations, Ex. 3

This Indenture made the 6th day of september in the yeer of our Lord one thousand eight Hundred ans Ninety-nine between Andrew M. Reed and ra reed his wife both, of Middle Valley County of ashington State of Idaho, the parties of the first part, and the Pacific and Idaho Northern Railway Company , a corporation organized and existing under and by virtue of the laws of the State of Idaho and havinf its office and princiapl place of business at Weiser in said County and State the party of the second part.

WITNESSETH, That the said parties of the first part for and in sonsideration of th e sum of one H undred dollars, lawful money of the nited States of America, to them in hand paid by the said party of the sec nd part, the receipt whereof is hereby acknowledged have granted, bargained and sold, and by these presents do grant, bargain, sell and convey unto the said party of the second part and to its successors and assigns forever all the following described real estate situated in Washington County State of Idaho, to wit:

A strip of land One Hundred feet wide though, over and across a portion of the orth half of the South erst quarter od Sec 5 Tp. 13 north range Three West of the Boise Meridian being fifty feet on each side of the center line of the Pacific and Idaho Northern railway as the same is located and stake upon the ground across said premises in said County, which said center line is described as follows, to wit:

Beginning at a point designated as station 196 X 23 of the Middle valley Survey stations of the Pacific and Idaho Northern railway whence the north west corner of the South east quarter of sec. 5 Tp. 13 North range 3 west of the Boise Meridian bears north a dis ance of 372 f eet thence north 66 deg 29 Min. East along the line of said railway a distance of 1055 feet to a point designated as station 206 X 78 of said Survey Stations whence the North west corner of the south east quarter of section Five Tp. 13 North range Three west B.M. bears west a distance of 1000 feet said dtrip contains ar area of two and forty two hundredths acres more or le s.

Together with all and singular the t enements hereditaments and appurtenances thereunto belonging or in any wise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof, and all the estate right title and interest in and to the said property as well in law as in equity of the said parties of the first part.

TO HAVE AND TO HOLD, all and singular the above mentioned and described premises together with the appurtenances unto the said party of the second part, and to its successors and assigns forever. as a perpetual right of way for second party's railway line. And the said p rties of the first part, and their heirs the said premises in the quiet and peaceable possession of the said party of the se ond part against the said parties of the first part and their heirs a d against all and every person an s persons whomsoever lawfully claiming or to claim the same shall and will warrant and by these presnets forever defend.

In witness whereof the said parties of the first part have hereunto set their hands and seals the day and year first above written.

Signed, sealed and deliv red in the presence of B.S.Varian

Andrew M. Reed (Seal)
Ona Reed (Seal)

State of Idaho
ss
County of Washington

On this 6th day of september 1899, before em. B.S.Varian a Notary Public in and for said County personally appeared Andrew M. Reed known to me to be the person hose name is subscribed to the within instrument and acknowledged to me that he executed the same, and on this 6th day of September 1899 before me the Officer above described personally appeared Ona Reed known to me to e the person whose name is subscribed to the within instrument described as a married woman and upo n an examination with out ht ehearing of her husband I made her acquainted with the contents of the instrument and thereupon she acknowledged to me that she executed the same and that she does not wish to retract such execution.

In witness whereof I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

SEAL

B.S.Varian
Notary Public.

Fied at the request of B.S.Varian this 6th day of september 1899 at 2 P.M.

I.F.Smith
Ex-officio Recorder.

Fees $ 1.65

 10/145

This indenture made this 23rd day of August, in the year of our Lord one thousand eight hundred and ninety-nine, between John P. Hallstrom and Eva Hallstrom, his wife, both of Middle Valley County of Washington, State of Idaho, the parties of the first part, and the Pacific and Idaho Northern Railway Company. a corporation orgainzed and existing under the and by virtue of the laws of Idaho, the party of the second part.

WITNESSETH: That the said Parties of the first part foe and in consideration of the sum of One Hundr d and Twenty-five dollars, lawful money of the United States of America, to them in hand paid by the said party of the first part, the receipt whereof is hereby acknowledged, have granted bargained and sold and by these presents do grant, bargain, sell , convey, and confirm unto the said party of the second part, and to its successors and assigns forever, all the following described real estate situated in Washington County, State of Idaho, to wit:

A strip of land one hundred feet wide over, though and across, the south half of the north east quarter of Section Five, Township Thirteen North range 3 west Boise Meridian, being fifty feet on each side of the center line of the Pacific and Idaho Northern Railway as the same ie located and stake upon the gr und, which said center line is described as follows to-wit:

Beginning at a point designated as station 206 X 78 of th Pacific and Idaho Northern Railway survey stations whence the south west corner of the north east quarter of section Five Towns hip Thirteen, North range 3 west of the Boise Meridian bears west a distance of 1000 feet thence North 66 Degs, 28' East along the line of said railway a distance of 507.8 feet thence along the line of sa curve to the left having a radius of 575 feet a distance of 432 feet thence north 23 degs, 17' East a distance of 686.6 feet thence along the line of a curve to the right, having a ridius of 1432 feet, a distance of 247.5 feet to a point designated as station 225.X 52 of said railway survey Stations whence the north east corner of the south east quarter of the north east quarter of section Five t ownship thirteen north range three west B.M. bears east 298.0 feet.

Said strip containing an area of Four and thirty- hundreths (4.30) acres more or less.

# as a perpetual right of way for second party's Steam railway line.

Together with all and singular the tenement s, hereditaments, and appurtenances, thereunto belonging or in any wise appertaining, and the reversion and reversions, remainder andremainders, rents, issues and profits thereof, and all estate right title and inetrest in and to the said property, as well in law as in equity, of the said parties of the first part,

TO HAVE AND TO HOLD: all and singular , the above mentioned and described premises together with the appurtenances, unto the said party of the second part, and o its successors, and assigns forever, # And the said parties of the first part, and their heirs, the said premises in the quiet and peaceable possession of the said party of the second part, its successors and assigns, against the said parties of the fir t part, hand their heirs, and against all and every person and persons, whomsoever lawfully cl/iming or to claim the same, shall and will warrant and by these presents forever defend.

In witness whereof the said parties of the first part, have hereunto set their hands and seals the day and year first above written.

Signed, sealed and delivered in the presence of
B.S.Varian W.W.Scott.

John P. Hallstrom. (Seal)
Eva X Hallstrom (Seal)
mark

State of Idaho,
County of Washington

I.R.50 cts cancelled.

On this 23rd day of August 1899, before me, B.S.Varian a Notary Public in and for said C ounty, personally appeared John P. Hallstrom known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same, and on this 23rd day of August in the ear 1899 before em, the officer above described personally appeared Eva Hallstrom known to me to be the person whose name is subscribed to the within instrument,described a s a married woman and upon an examination without the hearing of her husband I made her acquainted with the contents of the instrument and acknowledge to me that she executed the same and that she does not wish to retrack such execution.

In witness whereof I have hereunto set my hand and affixed my official seal the day and yea in this certificate first above written.

(SEAL)

B.S.Varian
Notary Public.

Filed at therequest of B.S.Varian this 2nd day of September 1899 at 3 P.M.

Fees $ 1.65

I.F. Smith
Recorder.