This Indenture made the First day of July in the year of our lord one thousand eight hundred and ninety nine between Sarah J. Jeffreys, widow of Weiser County of Washington State of Idaho the party of the first part and the Pacific and IdaHo Northern Railway Company a corporation organized and existing under and by virtue of the laws of the State of Idaho the party of the second part

Witnesseth that the said party of the first part for and in consideration of the sum of four hundred and fifty dollars, lawful omey of the United States of America, to her in hand paid by the said party of the second part the receipt whereof is hereby acknowledged has granted, bargained and sold and by these presents do grant. bargain. sell, convey and confirm unto the party of the second part and to its succ essors and assigns forever all the following described premises situate, lying and being in the County of Washington and State of Idaho towit:

A strip of land one hundred feet wide though a porti n of the south west quarter of the south east quarter of section thirty-one township eleven north of range four west Boise Meridian thence runnig west 300 feet thence south 1344.5 feet, thence east 300 feet, thence north 1344.5 feet to place of beginning said strip being fifty feet on each side of the center line of the Pacific and Idaho Northern Railway as located and staked upon the ground in said County, which said center line across the premises aforesaid is described as follows to-wit; Beginning at a point designated as station 297 x73.9 of the Pacific and Idaho Northern Railway Survey Stations whence the south west corner of the south east quarter of section thirty-one township eleven north of Range four west of Boise Meridian, beats south a distance of 558 feet; thence north 66 Deg. 06 Min. east along the line said Railwat survey a distance of 131.2 feet; thence alonrg the line of a curve to the right having a radius of 1433 feet, a distance of 583.3 feet; thence north 89 Deg. 26 Min. east a distance of 628 feet to a point designated as station 311 x 16.6of said railway survey stations, whence the south west corner of the south east quarter of section thirty-one township eleven north of range four west , Boise Meridian bears south 61 Dg 00 min. West a distance of 1515 feet containing an erae of three and eight hundredths acres. more or less

Also a strip of land one hundred feet wide thoughha portion of the following described tract of land commencing at a point 264 feet south of the north east corner of the south east quarter of secti n thirty.one township elemen north of range four west Boise Meridian a nd running thence west three hundred feet thence south thirteen hundred forty-four anf five tenths feet, thence east three hundred feet, thence north thirteen hundred forty four and five tenths feet to thr palce of beginning; said strip of land being fifty feet in width on each side of the center line of the Pacific and Idaho Northern Railway as located and staked upon the ground in said County , which said center line across the premises aforesaid is described as follows,to-wit:

Beginning at a p int designated as station 294 x 32.2 of the Pacific and Idaho Northern Railway survey stations whence the south east corner of the south west quarter of section thirty one township eleven north range four west Boise Meridian bears south 35 Deg. 55 Min. Easr a distance of 520 feet; thence north 66 Deg. 06 Min. east along the line of said Railway survey a distance of 334 feet to a point designated as station 297 x 73 of the said railway survey stations whence the south east corner of the south west quarter of section thirty-one township eleven north of range four west Boise Meridian bears south a distatnce of 558 feet containing an area of seventy-seven hundreths acres more or less.

Together with all and singular the tenements hereditaments and appurtenances thereunto belonging or in any wise appertaining and the reversion and reversions remainder and remainders rents issue s and profits thereof and all estate right title and interest in and to the said property as well in law as in equity of the said parties of the first part:
To have and to hold all aNd singular the above mentioned and described premises together with the appurtenances unto the said party of the second part and to its successors and assigns forever. And the saidparty of the fir st part and her heirs the said premises in the quie t and peaceable possession of the said party of the second part and to its successors and assigns against the said party of the first part and her heirs and against all and every person and persons whomsoever lawfully c laiming or to claim the same shall and will warrant and by these presents forever defend.

In witness whereof the said party of the first part have hereunto set her hand and seal the day and year first above written.

Signed seeled and delivered in the presenceof
John L. Jeffreys
B.S.Varian

Sarah J. Jeffreys (Sael)

State of Idaho
}ss
County of Washington

I.R.50 cts cancelled.

On this first day of July in the year 1899 before me John W.Ayers a Notary Public in and for said County personally appeared Sarah J.Jeffreys unmarried known to me to be the person whose name is subscrib d to th e within instrument and acknowledged to me that she executed the same.

and that she does not wish to retract such execution.

In witness whereof I have hereunto set my hand and affixed my officail seal the day and year in this certificate first above wr itten.

John W-Ayers Notary Public.

Filed at the request of B.S.Varian this third day of July 1899 at 30 min past 4 P.M.

I.I.Smith
Ex-officio Recorder

Fees $ 1.65

RIGHT OF WAY QUIT CLAIM DEED

(vouchered No 67)

This Indenture, made this 16th day of August A. D. 1905 between William M. Glenn and Martha L. Glenn of the County of Washington, State of Idaho, of the first part and The Pacific & Idaho Northern Railway Company of the second part,

Witnesseth, That the said parties of the first part in consideration of the sum of One Hundred and Fifty ($150.00) Dollars, the receipt of which is hereby acknowledged do by these presents convey, remise, release and quit claim unto the said party of the second part, its successors and assigns, all that piece, pieces, parcel and parcels of land and the following described real estate, privileges and rights, situate in the County of Washington and State of Idaho towit;

A strip and tract of land one hundred feet wide of which the center line of the route and line of the Pacific & Idaho Northern Railway as the same is now or shall be surveyed, staked and located is the center being fifty (50) feet on each side of the center line of said route over, across and through the following tract and tracts of land as said route and line of said railway passes through the same towit:

The S. E. ¼ of the N. E. ¼ of Sec. 22, the N. E. ¼ of the N. E. ¼ of Sec. 22 and the S. E. ¼ of the S. E. ¼ of Sec 15 all in Tp 17 North of Range 1. West of Boise Meridian.

Beginning at a point designated as station 275+579 of the Pacific & Idaho Northern Railway Survey stations and running thence N. 0° 02' E. along the line of said survey as now staked out, over and across the E. ½ of the N. E. ¼ of Sec 22, Tp 17 N. R. 1 W. B. M. a distance of 2623 feet to station 301+80.9 of said survey stations, whence the corner of Sections 14, 15, 22 and 23 Tp 17 N. R. 1 W. bears E. 76.4 feet, thence N 0° 02' E. over and across the S. E. ¼ of the S. E. ¼ of Sec. 15 Tp 17 N. R. 1 W. 1319.1 feet to station 315 of said survey stationing making a total distance of 3942.1 feet containing nine and 5/100 (9.05) acres more or less.

It is further agreed that one good and sufficient farm crossing is to be made & maintained and culverts & track boxes as shown on the profile.

To Have and Hold the Same, together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining unto the said party of the second part, its successors and assigns forever.

In Witness Whereof the said parties of the first part have hereunto set their hands and seals the day and year first above written.

Attest:

A. E. Fox

D. C. Nevin

W. M. Glenn (Seal)

her
Martha L. X Glenn (Seal)
mark

State of Idaho }
} ss
County of Washington }

On this 18 day of August 1905 before me D. C. Nevin a Notary Public personally appeared William M. Glenn known to me to be the person whose name is subscribed to the foregoing instrument who duly acknowledged to me that the executed the same freely and voluntarily, and on the 18 day of August 1905 before me, D. C. Nevin a Notary Public personally appeared Marth L. Glenn known to me to be the person whose name is subscribed to the within instrument, described as a married woman, and upon examination separate and apart from and without the hearing of her husband I made her acquainted with the contents of the instrument and thereupon she duly acknowledged to me that she executed the same and that she does not wish to retract such execution.

D. C. Nevin

(Notarial Seal)

Notary Public

My commission expires _

Filed for record at request of E. M. Heigho at 9, o'clock A. M. August 23, 1905.

RIGHT OF WAY QUIT CLAIM DEED.

(Vouchered No 66)

This Indenture, made this 16th day of August A. D. 1905 between William Hartley of the County of Washington, State of Idaho, of the first part and The Pacific & Idaho Northern Railway Company of the second part,

Witnesseth, That the said party of the first part in consideration of the sum of One ($1.00) Dollars, the receipt of which is hereby acknowledged does by these presents convey, remise, release and quit claim unto the said party of the second part, its successors and assigns all that piece, pieces, parcel and parcels of land and the following described real estate, privileges and rights, situate in the County of Washington and State of Idaho towit:

A strip and tract of land one hundred feet wide of which the center line of the route and line of the Pacific & Idaho Northern Railway as the same is now, or shall be surveyed, staked and located is the center being fifty (50) feet on each side of the center line of said route over across and through the following tract and tracts of land as said route and line of said railway passess through the same, towit:

The North East Quarter (N. E. ¼) of the North East Quarter (N. E.¼) of Section Twenty Seven, Township Seventeen (17) and the East Half (E ½) of the South East Quarter (S. E.¼) of Section Twenty Two (22) Township Seventeen (17) North of Range One (1) West of Boise Meridian.

Beginning at a point designated as station 236+40 of the Pacific & Idaho Northern Railway survey stations and running thence along the line of said survey as now staked out, over and across the N. E ¼ of the N. E. ¼ of Sec 27 and E. ½ of the S. E. ¼ of Sec 22 Tp 17 N. R. 1 W. B. M. a distance of 304.2 feet along a curve to the left having a radius of 2864.9 feet to station 239+44.2 the end of the curve, thence N. 0° 02' E. 990.8 feet to station 249+35, whence the section corner of Sections 22, 23, 26 and 27 Tp 17 N. R. 1 W. bears E. 88feet, thence same course 2622.9 feet to station 275+57.9 of said survey station making a total distance of 3917.9 ft containing 8.91 acres more or less.

To Have and to Hold the Same, together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in anywise appertaining unto the said party of the second part, its successors and assigns forever.

In Witness Whereof the said party of the first part has hereunto set his hand and seal the day and year first above written.

William Hartley (Seal)

State of Idaho }
} ss
County of Washington }

On this 17_ day of August 1905 before me D. C. Nevin a Notary Public _ personally appeared William Hartley known to me to be the person whose name is subscribed to the foregoing instrument who duly acknowledged to me that he executed the same freely and voluntarily.

D. C. Nevin

(Notarial Seal) Notary Public

My commission expires _

Filed for record at request of E. M. Heigho at 9, o'clock A. M. August 23, 1905.

Frank E. Smith

Fees $1.25 Ex Officio Recorder

This Indenture made this Twentieth day of November in the year of our Lord one thousand eight hundred and ninety-nine, between George W. Hoffstatter, unmarried, of Salubria, County of Washington, State of Idaho the party of the first part, and Pacific and Idaho Northern Railway Company, a corporation organized and existing under and by virtue of the laws of the State of Idaho the party of the second part.

WITNESSETH, that the said party of the first part for and in consideration of the sum of One Dollar lawful money of the United States of America, to him in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, as remised released and forever quit claimed, and by these presents does release, remise and forever quit claim, unto the said party of the second part and to its successors and assigns forever all the following described real estate, situated in the County of Washington, and State of Idaho and bounded and described as follows, to wit:

A strip of land 100 feet wide, though, over and across the south west quarter of the North West quarter of Section One In township Fourteen North of range 3 West of Boise Meridian, being fifty feet on each side of the centerline of the Pacific and Idaho Northern railway as the same is now surveyed and staked upon the ground though, over and across the premises, which center line is described as follows, towit:-

Beginning at a point designated as station 642 of the Pacific and Idaho Northern Railway Survey Stations whence the North West corner of said section One in Township Fourteen North of range Three West of Boise Meridian, bears North 2151 feet, and running thence North 64 Deg. 38 M. East, a distance of 1440 feet, to a point desiganted as station 656-40 of said railway survey stations whence the south east corner of the south west quarter of the North West quarter of section One in Township Fourteen North of Range Three West of the Boise Meridian bears south a distance of 1008 feet, Said strip containing an area of three and thirty hundredths acres more or less.

TOGETHER with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in any wise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof;

TO HAVE AND TO HOLD all and singular the said premises, together with the appurtenances as a perpetual right of way for said second party's Steam Railway line unto party of the second part its successors and assigns forever.

In witness whereof the said party of the first part has hereunto set his hand and seal the day and year first above written.

Signed, sealed and delivered in the presence of
B.S.Varian, George W. Hoffstatter (Seal)

State of Idaho }
} ss
County of Washington }

On this 10th day of January 1900, before me B.S.Varian a Notary Public, in and for said County personally appeared George W. Hoffstatter known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same.

In witness whereof I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

(SEAL)

B.S.Varian
Notary Public.

Filed at the request of B.S.Varian this 3rd day of February 1900 at 4 P.M.

I.F.Smith
Ex-Officio Recorder.

Fees $ 1.25