# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: May 31, 2007)

RON AND BETTY BLENDU, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Motion to Withdraw Stipulations (Motion), filed on May 30, 2007. For the reasons stated therein, the Motion is GRANTED. The Stipulations Regarding Title Matters, filed on January 22, 2007 (Document 35), and the Second Set of Stipulations Regarding Title Matters, filed on February 5, 2007 (Document 37), shall be viewed as STRICKEN from the record. The court has received the parties' filing of their Revised Title Stipulations, filed on May 30, 2007, on which the court intends to rely in further proceedings.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge