# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: May 31, 2007)

| | |
|---|---|
| RON AND BETTY BLENDU, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it the parties' Joint Status Report and Scheduling Proposal (JSR), filed on May 30, 2007. For the reasons stated therein, the court will follow the proposed briefing schedule regarding the question of whether the Category 6 (as defined in Hash v. United States (Hash I), No. 99-324, 2001 U.S. Dist. Lexis 24898 (D. Idaho Nov. 27, 2001)) deeds conveyed fee simple title or an easement to the Idaho Northern and Pacific Railroad as a matter of Idaho law:

Joint Appendix of Hash Briefs to be filed by June 4, 2007
Opening Supplemental Briefs Regarding the Category 6 Deeds to be filed by plaintiffs and defendant by July 13, 2007
Reply Supplemental Briefs Regarding the Category 6 Deeds to be filed by plaintiffs and defendant by August 10, 2007

Briefing on Defendant's Motion for Partial Summary Judgment (Motion), filed on March 9, 2007, is STAYED with respect to the Category 6 deeds pending the court's resolution of the underlying title questions involving those deeds. In light of the Order of the Court issued earlier today, the portion of defendant's pending Motion relating to the Category 4, 7, and 9 deeds is MOOT.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge