# In the United States Court of Federal Claims

**No. 01-718 L**

**RON AND BETTY BLENDU, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed May 31, 2007, stating that there is no just reason for delay, as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant as to the claims of Bruce and Julie Kerner.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is in favor of defendant as to the claims of Ron and Betty Blendu, Dean and Velda Fairchild, and Milton and Lola Kerner.

Brian Bishop
Clerk of Court

**June 1, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.