IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RON AND BETTY BLENDU, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 01-718 L<br><br>Judge Emily C. Hewitt |

**JOINT APPENDIX OF SUMMARY JUDGMENT BRIEFS FROM *HASH v. UNITED STATES* REGARDING THE INTERPRETATION OF THE CATEGORY 6 DEEDS**

Pursuant to the Court's Order of May 31, 2007 (Doc. 56), the parties hereby submit this Joint Appendix of the cross-motions for summary judgment filed in Hash v. United States, No. CV99-324S-MHW (D. Idaho), on the question of whether the Category 6 deeds conveyed fee simple title or an easement to the Railroad as a matter of Idaho law.

The Hash cross-motions for summary judgment and related submissions included in this Joint Appendix are as follows:

| Exhibit No. | Description | PACER. No. from Doc Hash | Date Filed in Hash |
|---|---|---|---|
| A | Excerpt of Joint Appendix – Joint Exhibit 5 (representative deed for Category 6) | 83 | 6/1/2001 |
| B | Defendant's Motion for Partial Summary Judgment, Supporting Memorandum | 122 | 1/20/2006 |
| C | Defendant's Supplemental Appendix of Exhibits | 122 | 1/20/2006 |

| Exhibit No. | Description | PACER. No. from Doc Hash | Date Filed in Hash |
|---|---|---|---|
| D | Plaintiffs' Cross-Motion for Partial Summary Judgment and Response, Supporting Memorandum | 127 | 2/10/2006 |
| E | Plaintiffs' Appendix | 127 | 2/10/2006 |
| F | Errata to #127 | 128 | 2/14/2006 |
| G | Defendant's Summary Judgment Response/Reply Brief | 131 | 2/24/2006 |
| H | Plaintiffs' Summary Judgment Reply Brief | 132 | 3/3/2006 |
| I | Defendant's Sur-reply | 140 | 3/28/2006 |
| J | Plaintiffs' Sur-sur-reply | 141 | 4/4/2006 |

In addition to the briefs listed above and attached hereto as Joint Exhibits A through H, the following exhibits, which were filed with the parties' Revised Title Stipulations (dated May 31, 2007) (Doc. 53), are relevant to the interpretation of the Category 6 deeds at issue in this case and are expected to be referenced by the parties in their supplemental briefs:

| **Exhibit No.** | **Description** |
|---|---|
| 1 | Hash v. United States, No. CV-99-324-S-MHW, Mem. Decision (D. Idaho Nov. 21, 2001) |
| 2 | Hash v. United States, No. CV-99-324-S-MHW, Mem. Decision (D. Idaho Aug. 18, 2006) |
| 3 | Potter Deed |
| 4 | Reed Deed (Category 6) |
| 5 | Hallstrom Deed (Category 6) |
| 6 | Male Deed |
| 7 | Kilborn Deed |

| Exhibit No. | Description |
|---|---|
| 8 | Girling Deed (Category 6) |
| 9 | Day Deed (Category 6) |
| 10 | Jeffreys Deed |
| 11 | Glenn Deed (Category 6) |
| 12 | Hartley Deed (Category 6) |
| 13 | Hoffstatter Deed (Category 6) |

The parties' supplemental briefs regarding the interpretation of the Category 6 deeds will be filed in accordance with the Court's scheduling Order of May 31, 2007 (Doc. 56).

Dated: June 4, 2007

Respectfully submitted,

s/ Lary C. Walker
LARY C. WALKER
WALKER LAW OFFICE
232 East Main
Post Office Box 828
Weiser, ID 83672
TEL: (208) 414-0390
FAX: (208) 414-0404
E-MAIL: walker_law@justice.com

Attorney for Plaintiffs

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Attorney for Defendant