# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: June 11, 2007)

RON AND BETTY BLENDU, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER AMENDING JUDGMENT

The court AMENDS the partial Judgment, entered June 1, 2007 as follows: The last sentence of the Judgment, which provides, "IT IS FURTHER ORDERED AND ADJUDGED that judgment is in favor of defendant as to the claims of Ron and Betty Blendu, Dean and Velda Fairchild, and Milton and Lola Kerner," shall be stricken and replaced with the following: "The claims of Ron and Betty Blendu, Dean and Velda Fairchild, and Milton and Lola Kerner are DISMISSED to the extent such claims are based on the four deeds identified in the court's Order of May 31, 2007." The judgment in favor of defendant as to the claims of Bruce and Julie Kerner is not affected by the foregoing.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge