# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: June 21, 2007)

| | |
|---|---|
| RON AND BETTY BLENDU, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the Telephonic Status Conference (TSC) held on June 21, 2007, the court will hold another TSC on July 26, 2007, at 2:00 p.m., Eastern Daylight Time, to discuss progress made towards settling damages due to plaintiffs on their General Railroad Right-of-Way Act of March 3, 1875 (1875 Act), 43 U.S.C. §§ 934-39 (2000), lands pursuant the court's Opinion on these issues, see Blendu v. United States, 75 Fed. Cl. 543, 549 (2007). A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge