IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RON AND BETTY BLENDU, *et al.*, Plaintiffs, | No. 01-718 L |
| v. | Judge Emily C. Hewitt |
| UNITED STATES OF AMERICA, Defendant. | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE THEIR SUPPLEMENTAL BRIEFS REGARDING THE CATEGORY 6 DEEDS**

Pursuant to the Court's Order of May 31, 2006 (Doc. 56), the parties filed a Joint Appendix of Summary Judgment Briefs from Hash v. United States Regarding the Interpretation of the Category 6 Deeds on June 4, 2007 (Doc. 58). Under that same scheduling order, the parties are due to file their opening supplemental briefs regarding the Category 6 deeds on July 13, 2007, and their reply supplemental briefs by August 10, 2007. The parties hereby jointly request a 4-week extension of these filing deadlines, which would result in a due date for their opening supplemental briefs of August 10, 2007, and a due date for their reply supplemental briefs of September 7, 2007.

The parties are requesting an extension of time because Plaintiffs' counsel of record has been out of the office attending to some family matters and requires additional time to prepare and file the Plaintiffs' opening supplemental brief. The extension will also aid Defendant's counsel, who is due to file a summary judgment brief on July 12, 2007, in the related case of Hash v. United States, No. 99-324S-MHW (D. Idaho). The new filing deadlines proposed herein take the parties' respective schedules into consideration.

Accordingly, the parties jointly request a 4-week extension of the briefing schedule for the supplemental briefs on the Category 6 deeds, with opening briefs due on August 10, 2007, and reply briefs due on September 7, 2007.

Dated: July 12, 2007

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Lary C. Walker
LARY C. WALKER
WALKER LAW OFFICE
232 East Main
Post Office Box 828
Weiser, ID 83672
TEL: (208) 414-0390
FAX: (208) 414-0404
E-MAIL: walker_law@justice.com

Attorney for Plaintiffs

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Attorney for Defendant