# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: July 16, 2007)

RON AND BETTY BLENDU, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it the parties' Joint Motion for Extension of Time to File their Supplemental Briefs Regarding the Category 6 Deeds (Motion), filed on July 12, 2007. For the reasons stated therein, the Motion is GRANTED. The parties' opening supplemental briefs regarding the question of whether the Category 6 (as defined in Hash v. United States (Hash I), No. 99-324, 2001 U.S. Dist. Lexis 24898 (D. Idaho Nov. 27, 2001)) deeds conveyed fee simple title or an easement to the Idaho Northern and Pacific Railroad as a matter of Idaho law are due on August 10, 2007, and their reply supplemental briefs are due on September 7, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge