# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: July 26, 2007)

RON AND BETTY BLENDU, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the Telephonic Status Conference (TSC) held on July 26, 2007, the court will hold a TSC on Wednesday, September 12, 2007, at 2:00 p.m. Eastern Daylight Time to discuss progress made towards settling damages due to plaintiffs on their General Railroad Right-of-Way Act of March 3, 1875 (1875 Act), 43 U.S.C. §§ 934-39 (2000), lands pursuant the court's Opinion on these issues, see Blendu v. United States, 75 Fed. Cl. 543, 549 (2007). A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge