**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RON AND BETTY BLENDU, *et al*., Plaintiffs, | Case No. 01-718 L |
| v. | Honorable Emily C. Hewitt |
| UNITED STATES OF AMERICA, Defendant. | |

**PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AS TO THE NATURE OF INTERESTS CONVEYED IN CATEGORY 6**

Plaintiff-Landowners *Ron and Betty Blendu, et al.,* respectfully move this Court for summary judgment, to find that "Category 6" parcels were originally acquired by the Railroad as right-of-way easements for rail way line purposes. The Idaho Supreme Court has explained that, under Idaho common law, "use of the term right-of-way in the substantive portions of a conveyance instrument creates an easement," *Neider a. Shaw*, 65 P.3d 525, 530 (Idaho 2003), and had earlier indicated that the habendum clause of the deed would comprise a substantive portion of a deed. *C & G, Inc. v. Rule,* 35 P.3d 76, 80-81 (Idaho 2001). In the habendum clause, Category 6 deeds granted interests to be held "as a perpetual right of way for [the Railroad's] Rail Way Line." (JA Exs. 4-5, 8-9.) These deeds are materially identical to the "Category 6" deeds addressed by the United States Court of Appeals for the Federal Circuit, in which the Court found the above "right-of-way" language to be in the substantive part of the deed. *See Hash v. United*

*States*, 403 F.3d 1308, 1319 (Fed. Cir. 2005) *("Hash II")*.

Following the Federal Circuit's *Hash II* decision, in which it had vacated *Hash v. United States*, No. CV-99-324-S-MHW, 2001 U.S. Dist. LEXIS 24898 (D. Idaho 2001) *("Hash 1")* and remanded the question of the nature of interests created in Category 6 deeds, *id.*, the *Hash* parties briefed the matter before the district court in 2006.[1]

As the Court is aware, the *Blendu* Landowners own property on the same trail as the *Hash* class action plaintiffs and share common issues and some common facts. Accordingly, in support of their motion for summary judgment concerning Category 6 deeds, and as permitted in the Court's May 31, 2007 Order, Landowners direct the Court to the briefing which was submitted by plaintiffs in *Hash (see* JA Exs. D, E, H, J; Joint Appendix (Doc. No. 58), filed June 4, 2007) (collectively *"Hash* Briefing"), and to the brief filed contemporaneously herewith by Landowners in support of their motion, the latter of which is filed as a supplement to the *Hash* Briefing and which in large part addresses the district court's decision in *Hash v. United States*, 454 F. Supp. 2d 1066, 1071 (D. Idaho 2006) *("Hash III")*.

Rather than filing a separate statement of facts under CFC Rule 56(h)(1), and pursuant to CFC Rule 56(h)(3), Landowners incorporate by reference the Revised Title Stipulations (Doc. No. 53) as modified May 30, 2007, and specifically the following paragraphs which are relevant to the matter of Category 6:

---

1 Also briefed were "Categories 5 and 8" deeds. Those deeds are not specifically at issue here but the briefing on points of law are relevant in the manner explained in Landowners' accompanying supplemental brief filed in support of this motion.

¶¶ 1 - 9 (background); ¶¶ 10, 14-17 (the Blendus' interests); ¶¶ 20, 27-30 (the Fairchilds' interests); ¶¶ 36-40 (the Shumways' interests); ¶¶ 37-39 [sic] at pp.11-12 (Harrison's interests).

Dated: August 9, 2007

Respectfully Submitted,

**WALKER LAW OFFICE**

Lary C. Walker

Signature Not Verified

Digitally signed by Lary C. Walker
DN: cn=Lary C. Walker, o=Walker Law Office, c=US
Date: 2007.08.09 16:33:06 -06'00'
Location: ary1303

Lary C. Walker
WALKER LAW OFFICE
232 East Main Street
P.O. Box 828
Weiser, ID 83672
Telephone: (208) 414-0390
Fax: (208) 414-0404
walker_law@justice.com

*Counsel of Record*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of August, 2007, Plaintiffs' Cross-Motion for Summary Judgment as to the Nature of Interests Conveyed in Category 6, was electronically filed through the CM/ECF system, which caused the following parties or counsel to be served with each of these documents by electronic means, as more fully reflected in the Notice of Electronic Filing:

Kristine S. Tardiff, Counsel for Defendant
Kristine.tardiff@usdoj.gov

Signature Not Verified
Lary C. Walker
Digitally signed by Lary C. Walker
DN: cn=Lary C. Walker, o=Walker Law Office, c=US
Date: 2007.08.09 16:33:18 -06'00'
Location: ary1303

Lary C. Walker
WALKER LAW OFFICE
232 East Main Street
P.O. Box 828
Weiser, ID 83672
Telephone: (208) 414-0390
Fax: (208) 414-0404
walker_law@justice.com

*Counsel of Record*