IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RON AND BETTY BLENDU, *et al.*, | ) | |
| Plaintiffs, | ) | |
| | ) | No. 01-718 L |
| v. | ) | |
| | ) | Judge Emily C. Hewitt |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR A ONE-DAY EXTENSION OF TIME FOR THE FILING OF THE PARTIES' SUPPLEMENTAL REPLY BRIEFS**

Defendant hereby moves for a one-day extension of time, to and including Monday, September 10, 2007, for the parties to file their supplemental reply briefs regarding the interpretation of the Category 6 deeds. In support of this motion, Defendant states as follows.

On August 10, 2007, the parties filed simultaneous opening supplemental briefs on the question of whether the Category 6 deeds in this case conveyed fee simple title or an easement to the Railroad. Pursuant to the Court's scheduling order of July 16, 2006 (Doc. 63), the parties are due to file simultaneous reply supplemental briefs today, September 7, 2007.

Prior to the filing of Defendant's supplemental review brief, that brief must be reviewed within the Department of Justice and by Defendant's client agency, here the Surface Transportation Board. Defendant requires additional time for review because the preparation of Defendant's draft brief was delayed due to other case-related deadlines that the undersigned counsel of record has had over the past week, including the filing of a motion for summary judgment on August 31, 2007, in *Walker v. United States* (Fed. Cl.), preparation for an oral

argument scheduling for September 5 in *East Tangipahoa Dev. v. Bedico Junction* (E.D. La.) (and cancelled just a few days before the argument), a telephone hearing held on September 5 in *Troha v. United States* (W.D. Pa.), and preparation for a telephone status conference on September 7 in *Kingman Reef Atoll Investments v. United States* (Fed. Cl.). The review of Defendant's supplemental reply brief is ongoing at this time, but Defendant finds that it requires an additional day to complete that review prior to filing.

Because the schedule proposed by the parties and set forth in the Court's scheduling order contemplates that the parties will file simultaneous supplemental reply briefs, Defendant respectfully requests that the due date for such briefs be changed for both parties.

Plaintiffs' counsel has been contacted regarding this motion and Plaintiffs have consented to Defendant's request that the deadline for both parties to file their supplemental reply briefs be extended by one-day, to and including Monday, September 10, 2007.

WHEREFORE, Defendant respectfully requests that the Court grant this unopposed motion to extend the time for the parties to file their supplemental reply briefs by one day, to and including September 10, 2007.

Dated: September 7, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL:(603) 230-2583/FAX: (603) 225-1577