# In the United States Court of Federal Claims

No. 01-718C

(E-Filed: September 7, 2007)

| | |
|---|---|
| RON AND BETTY BLENDU, et al., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion for a One-day Extension of Time for the Filing of the Parties' Supplemental Reply Briefs (Motion), filed September 7, 2007. Based on the representations contained therein, the Motion is GRANTED. The parties shall have up to and including Monday, September 10, 2007 to file their supplemental reply briefs regarding the interpretation of the Category 6 deeds.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge