**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RON AND BETTY BLENDU, *et al.*, | ) | |
| Plaintiffs, | ) | No. 01-718 L |
| v. | ) | **Honorable Emily C. Hewitt** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO SUBSTITUTE PLAINTIFFS' ATTORNEY OF RECORD**

Pursuant to Rule 83.1(c)(1) and 83.1(c)(4) of the Rules of the United States Court of Federal Claims ("RCFC"), the undersigned counsel, Cecilia Fex, of ACKERSON KAUFFMAN FEX, PC, hereby moves this Court for an Order granting her leave to appear and represent the Plaintiffs in the above-captioned action as their attorney of record.

As grounds for this motion, the undersigned represents the following:

1. Fex is duly admitted to practice before this Court, having been admitted on December 16, 1998.
2. Pursuant to 28 U.S.C.S. § 1746, Fex has prepared a declaration for compliance with RCFC 83.1(c)(4). The Declaration of Cecilia Fex is attached to this Motion as Exhibit A.
3. Fex hereby requests permission to appear in this matter as attorney of record on behalf of Plaintiffs in the above-captioned action. Lary C. Walker, of the Walker Law Office, 232 East Main Street, P.O. Box 828, Weiser, ID 83672, will continue his representation of the Plaintiffs in the capacity of counsel.

4. Pursuant to 28 U.S.C.S. § 1746 and in compliance with RCFC 83.1(c)(4), Mr. Walker has prepared a declaration signifying his consent to this motion, which is attached hereto as Exhibit B.

   The Plaintiffs Ron and Betty Blendu, Dean and Velma Fairchild, Twila Harrison, Milton and Lola Kerner, Bruce and Julie Kerner, Lillie M. Nelson, Robert J. Sevy, Mildred E. Snell, Steven R. Shumway, Richard C. and Joan Smith, Evelyn Snider, and Robert and Cynthia Jepsen have discussed the substitution with Mr. Walker and consent to it.

WHEREFORE, the undersigned counsel respectfully moves that she be permitted to represent Plaintiffs before this Court in the capacity of attorney of record.

Respectfully submitted,

/s/ Cecilia Fex
Cecilia Fex
ACKERSON KAUFFMAN FEX, PC
1250 H Street, N.W., Suite 850
Washington, D.C. 20005
Office: (202) 833-8833
Fax : (202) 833-8831
fex@ackersonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September 2007, a copy of the foregoing **Motion for Leave to Substitute Plaintiffs' Attorney of record** was electronically filed with the Clerk of the United States Court of Federal Claims using the CM/ECF system which will automatically send email notification of such filing to: Kristine S. Tardiff.

I HEREBY CERTIFY that I have mailed a hard-copy of the said document by U.S. Postal Service, first-class, postage pre-paid, to all parties who are not CM/ECF participants.

/s/ Cecilia Fex__________________
Cecilia Fex