**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RON AND BETTY BLENDU, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 01-718 L<br><br>**Honorable Emily C. Hewitt** |

**DECLARATION OF CECILIA FEX**

I, Cecilia Fex, declare that,

1. I am a partner in the law firm of ACKERSON KAUFFMAN FEX, PC, located at 1250 H Street, N.W., Suite 850, Washington, D.C. 20005.
2. I am making this declaration in support of the Motion for Leave to Substitute Plaintiffs' Attorney of record in the above captioned case.
3. I was admitted to practice before the Court of Federal Claims on December 16, 1998.
4. I have been admitted to practice law in the State of Maryland (1991) and the District of Columbia (1992), as well as before the Maryland Court of Appeals (1991) and the District of Columbia Court of Appeals (1992). I am also admitted to the United States Supreme Court (2003), United States Court of Appeals for the Federal Circuit (2003), and the Eleventh Circuit (1997); and the United States District Court for the District of Columbia (1993), District of Maryland (2000), District of Nebraska (2002), and Southern District of Indiana (2002).

5. Lary C. Walker, of the Walker Law Office, 232 East Main Street, P.O. Box 828, Weiser, ID 83672, has conferred with Plaintiffs on the subject of my involvement in this matter as attorney of record. Mr. Walker and Plaintiffs have requested I enter an appearance in the *Blendu* matter in the above capacity, and with Mr. Walker remaining in the capacity of counsel.

6. I am familiar with the material facts and the legal issues before this Court in the *Blendu* matter, particularly in light of my involvement and work as, *inter alia*, lead counsel in "rails-to-trails" takings cases on behalf of the class-action Plaintiffs in *Hash v. United States*, Case No. 1:99-CV-324S-MHW (D. Idaho), *Bywaters v. United States*, 6:99-CV-00451-LED (E.D. Tex.), *Schmitt v. United States*, IP 99-1852-C-Y/S (S.D. Ind.), *Lowers v. United States*, 1:99-CV-90039 (S.D. Iowa), *Schneider v. United States*, 8:99-CV-00315-LES (D. Neb.), and as of counsel or attorney of record in *Preseault v. United States*, No. 1:90-CV-04043 (Fed. Cl.) (Miller, J.), *Waverly Hills Club, Inc., et al. v. United States*, 1:04-CV-01474-MBH (Fed. Cl.) (Horn, J.) (consolidated with *Beres v. United States*, 1:03-785L (Fed. Cl.)), *Estate of Pearl Welch, et al. v. United States*, 1:04-CV-01471-MBH (Fed. Cl.) (same), *Mike Collins, et al. v. United States*, 1:04-CV-01472-MBH (Fed. Cl.) (same), and *Brown v. United States*, 1:04-CV-01473-MBH (Fed. Cl.) (same).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of September, 2007,

Cecilia Fex