**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RON AND BETTY BLENDU, *et al.*,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 01-718 L<br>**Honorable Emily C. Hewitt** |

**DECLARATION OF LARY C. WALKER**

I, Lary C. Walker, declare that,

1. I am the owner of Walker Law Office, located at 232 East Main Street, P.O. Box 828, Weiser, ID 83672.
2. I am making this declaration in support of the Motion for Leave to Substitute Plaintiffs' Attorney of record in the above-captioned case.
3. I have represented the Plaintiffs in the above-captioned matter since this matter was brought before the Court of Claims on December 26, 2001.
4. I have discussed the involvement of Cecilia Fex in this matter with Plaintiffs Ron and Betty Blendu, Dean and Velma Fairchild, Twila Harrison, Milton and Lola Kerner, Bruce and Julie Kerner, Lillie M. Nelson, Robert J. Sevy, Mildred E. Snell, Steven R. Shumway, Richard C. and Joan Smith, Evelyn Snider, and Robert and Cynthia Jepsen.

6. Ms. Fex is experienced in representing clients in a number of federal jurisdictions on takings claims against the Government and on "rails-to-trails" issues in general.

7. Further, Ms. Fex is lead counsel in the class-action case, *Hash v. United States*, now on remand to the United States District Court of Idaho, Case No. CV99-324 S-MHW, a case in which I have also been appointed as class counsel. The issues in *Hash v. United States* are very similar to those in the instant case and the parcels of property involved here are located along the same trail as in *Hash*.

8. Having worked with Ms. Fex for the past several years in the *Hash v. United States* case, and being familiar with her level of knowledge and skills as an attorney on behalf of clients in takings actions against the United States, I have requested that she enter her appearance as attorney of record, and that I continue the representation of our clients in the capacity of counsel. In addition, I have been in contact with all the Plaintiffs in this action, and they have indicated their approval of the substitution of Ms. Fex as attorney of record in this action. Finally, they desire my continued involvement in their representation, in the capacity of counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23 day of August, 2007,

Lary C. Walker

Lary C. Walker