# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: December 14, 2007)

| | |
|---|---|
| RON AND BETTY BLENDU, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the informal telephonic status conference held on December 14, 2007, the parties shall file a joint status report (JSR) on or before March 27, 2008, informing the court of any progress the parties have made toward resolving the issues of the scope of the easements and liability. Similar issues are currently before the United States District Court for the District of Idaho in Hash v. United States. If the Idaho District Court reaches a decision on this issue before March 27, 2008, the parties shall file their JSR within five business days of that decision. In the meantime, the parties are to work together to gather information with respect to the valuation of plaintiffs' properties and damages.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge