# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: March 28, 2008)

| | |
|---|---|
| RON AND BETTY BLENDU, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Status Report (JSR), filed March 25, 2008. Based on the representations contained therein, the parties will file another JSR on or before May 8, 2008, informing the court of any progress the parties have made toward resolving the issues of the scope of the easements and liability.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge