# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: May 19, 2008)

RON AND BETTY BLENDU, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the parties' Joint Status Report (JSR), filed May 8, 2008. The court will hold a Telephonic Status Conference (TSC) on Wednesday, May 21, at 3:00 p.m. Eastern Daylight Time to discuss the issues raised in the JSR. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge