# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: May 21, 2008)

| | |
|---|---|
| RON AND BETTY BLENDU, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court held a Telephonic Status Conference (TSC) with the parties on Wednesday, May 21, at 3:00 p.m. Eastern Daylight Time (EDT) to discuss the issues raised in the parties' Joint Status Report (JSR), filed May 8, 2008. In furtherance of the court's discussion with the parties during the TSC, the parties shall file a proposed case management plan with the court on or before Friday, May 30, 2008. The court will hold a TSC with the parties on Tuesday, June 3, 2008 at 2:00 p.m. EDT to discuss the parties' case management plan. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge