IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RON AND BETTY BLENDU, *et al.*, Plaintiffs, | No. 01-718 L |
| v. | Judge Emily C. Hewitt |
| UNITED STATES OF AMERICA, Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Case Management Plan ("CMP") set forth in the Court's Order of June 3, 2008 (Doc. 81), the parties file this joint status report to inform the Court of the progress made pursuant to the CMP.

The parties have completed Step 2 of the CMP, which involved the exchange the Interstate Commerce Commission ("ICC") Land Schedules and Valuation Maps for the subject right-of-way.

The parties also have completed their review of the Union Pacific ("UP") Appraisal under Step 3 of the CMP, and have reached an initial agreement that the UP Appraisal can be used for the purposes of negotiating a settlement regarding just compensation. This initial agreement to use the UP Appraisal for such purposes does not preclude the Plaintiffs from offering evidence to support any claim that a taking of the subject right-of-way also resulted in damages to the remainder of their properties.

With respect to Step 4 of the CMP, Plaintiffs have provided Defendant with tax maps and other maps showing the location of each Plaintiffs' property. These maps and other information

provided by Plaintiffs also contain parcel identification numbers. The parties are in the process of reviewing this information.

In accordance with Step 5 of the CMP, the parties will report back to the Court with a further joint status report on or before July 18, 2008.

Dated: June 24, 2008

Respectfully submitted,

s/ Cecilia Fex
CECILIA FEX
ACKERSON KAUFFMAN FEX, PC
1250 H Street, N.W., Suite 850
Washington, DC 20006
TEL: (202) 833-8833
FAX: (202) 833-8831
E-MAIL: fex@ackersonlaw.com

Attorney of Record for Plaintiffs

LARY C. WALKER
WALKER LAW OFFICE
232 East Main
Post Office Box 828
Weiser, ID 83672
TEL: (208) 414-0390
FAX: (208) 414-0404
E-MAIL: walker_law@justice.com

Of Counsel for Plaintiffs

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Attorney of Record for Defendant