# In the United States Court of Federal Claims

No. 01-718 L

(E-Filed: June 24, 2008)

| | |
|---|---|
| RON AND BETTY BLENDU, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Before the court is the parties' Joint Status Report (JSR), filed June 24, 2008. Pursuant to the court's order of June 3, 2008, the JSR was to be filed on or before June 18, 2008. See Order of June 3, 2008. The court will accept the parties' JSR as filed, notwithstanding the fact that it is untimely.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge