IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RON AND BETTY BLENDU, *et al.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 01-718 L

Judge Emily C. Hewitt

**JOINT STATUS REPORT**

Pursuant to the Case Management Plan ("CMP") set forth in the Court's Order of June 3, 2008 (Doc. 81), the parties file this joint status report to inform the Court of the progress made pursuant to the CMP.

As previously reported, the parties have completed Steps 2 and 3 of the CMP. With respect to Step 4 of the CMP, Plaintiffs have provided Defendant with tax maps and other maps showing the location of each Plaintiffs' property. These maps and other information provided by Plaintiffs also contain parcel identification numbers. Based on a review of this information, the parties have been able to identify the outer boundaries of each Plaintiffs' property, and the location of the right of way as it traverses or abuts those properties.

Step 5 of the CMP provides that "the parties will identify those segments of the right-of-way for which liability has been determined in this case. The parties will also determine the land area of the right-of-way, the per acre land value for each liability segment based on the UP Appraisal, and the value of the acreage segments for the subject parcels, exclusive of any severance damages), based on the UP Appraisal." With the exception of the claim of Plaintiff

Evelyn Snider, the parties have made an initial determination of each of these factors for the remaining Plaintiffs. Those initial determinations are based on some assumptions that will require further confirmation as the parties proceed through Step 6, but the parties will make adjustments to their acreage determinations and the corresponding per acre value to the extent additional information shows that such adjustments are necessary.

With respect to the claim of Evelyn Snider, the parties have identified the location of the right of way deemed to be an easement and which would be subject to this Court's liability order. Upon review of the maps and title documentation relating to this claim, however, Defendant has raised some questions about the extent of Ms. Snider's ownership in property abutting or traversed by the subject right of way on the date of taking, if any. The parties are working cooperatively to review the available information regarding Ms. Snider's claim and will continue to discuss the title issues raised by that information as they proceed with Step 6.

In accordance with the CMP, the parties are proceeding to Step 6 of the CMP and will file another joint status report to report their progress on or before September 17, 2008.

//

//

//

//

//

//

//

//

Dated: July 18, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/ Cecilia Fex
CECILIA FEX
ACKERSON KAUFFMAN FEX, PC
1250 H Street, N.W., Suite 850
Washington, DC 20006
TEL: (202) 833-8833
FAX: (202) 833-8831
E-MAIL: fex@ackersonlaw.com

Attorney of Record for Plaintiffs

LARY C. WALKER
WALKER LAW OFFICE
232 East Main
Post Office Box 828
Weiser, ID 83672
TEL: (208) 414-0390
FAX: (208) 414-0404
E-MAIL: walker_law@justice.com

Of Counsel for Plaintiffs

s/ Kristine S. Tardiff
KRISTINE S. TARDIFF
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

Attorney of Record for Defendant